| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Donald Meinberg | CASE NO.: 6:23-bk-11360-WJ |
|---|---|
| | CHAPTER: Chapter 13 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/18/2023          Printed name of Debtor 1: Donald Meinberg          Signature of Debtor 1: /s/ Donald Meinberg

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          Printed name of Debtor 2          Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                     F 1002-1.EMP.INCOME.DEC

## Pay Stub 1

NEXTGEN ASSOCIATES, INC.
DBA: SERVICEMASTER EMT/SERVICEMASTER RESTORATION BY EMT
500 SEQUOIA AVENUE
ONTARIO, CA 91761

Barrett Business Services, Inc.
200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707
FEIN: 52-0812977  TELE: 949/255-5322

Employee: Y88853 Don Walter Meinberg
Status / Allow: M / 0
Emp Type: Salary
Payment Date: 03-10-2023
Period: 02-16-2023 - 02-28-2023
Check #: 0012239201
xxx-xx-3492
905053

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 202.49 | 1012.45 | 12284.45 |
| MEDICARE | 35.62 | 178.12 | 12284.45 |
| SOC SECURITY | 152.33 | 761.64 | 12284.45 |
| CA INCOME TAX | 45.42 | 227.10 | 12284.45 |
| CA DISABILITY | 22.11 | 110.55 | 12284.45 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| 1 | SALARY (HOURS) | 26.0400 | 86.67 | 2256.89 | 86.67 |
| 1 | AUTO ALLOW | 200.0000 | 1.00 | 200.00 | 0.00 |

Total Gross Pay / Hours Worked: 2,456.89   86.67

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|
| VACATION | 0.00 | 40.00 | 0.00 | 40.00 |
| COVID CA 2022 | 0.00 | 0.00 | 0.00 | 0.00 |

Direct Deposit

| Type | Account | Amount |
|---|---|---|

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,456.89 | 12,284.45 |
| Gross Pay | 2,456.89 | 12,284.45 |
| Net Pay | 1,998.92 | 9,994.59 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

## Pay Stub 2

NEXTGEN ASSOCIATES, INC.
DBA: SERVICEMASTER EMT/SERVICEMASTER RESTORATION BY EMT
500 SEQUOIA AVENUE
ONTARIO, CA 91761

Barrett Business Services, Inc.
200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707
FEIN: 52-0812977  TELE: 949/255-5322

Employee: Y88853 Don Walter Meinberg
Status / Allow: M / 0
Emp Type: Salary
Payment Date: 03-24-2023
Period: 03-01-2023 - 03-15-2023
Check #: 0012277810
xxx-xx-3492
905053

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 202.49 | 1214.94 | 14741.34 |
| MEDICARE | 35.63 | 213.75 | 14741.34 |
| SOC SECURITY | 152.32 | 913.96 | 14741.34 |
| CA INCOME TAX | 45.42 | 272.52 | 14741.34 |
| CA DISABILITY | 22.11 | 132.66 | 14741.34 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| 1 | SALARY (HOURS) | 26.0400 | 86.67 | 2256.89 | 86.67 |
| 1 | AUTO ALLOW | 200.0000 | 1.00 | 200.00 | 0.00 |

Total Gross Pay / Hours Worked: 2,456.89   86.67

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|
| VACATION | 0.00 | 40.00 | 0.00 | 40.00 |
| COVID CA 2022 | 0.00 | 0.00 | 0.00 | 0.00 |

Direct Deposit

| Type | Account | Amount |
|---|---|---|

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,456.89 | 14,741.34 |
| Gross Pay | 2,456.89 | 14,741.34 |
| Net Pay | 1,998.92 | 11,993.51 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

## Paystub 1

**NEXTGEN ASSOCIATES, INC.**
DBA: SERVICEMASTER EMT/SERVICEMASTER RESTORATION BY EMT
500 SEQUOIA AVENUE
ONTARIO, CA 91761

**Barrett Business Services, Inc.**
200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707
FEIN: 52-0812977  TELE: 949/255-5322

Employee: Y88853 Don Walter Meinberg  xxx-xx-3492  905053
Status / Allow: M / 0   Emp Type: Salary   Check #: 0012191897
Payment Date: 02-24-2023   Period: 02-01-2023 - 02-15-2023

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 202.49 | 809.96 | 9827.56 |
| MEDICARE | 35.63 | 142.50 | 9827.56 |
| SOC SECURITY | 152.33 | 609.31 | 9827.56 |
| CA INCOME TAX | 45.42 | 181.68 | 9827.56 |
| CA DISABILITY | 22.11 | 88.44 | 9827.56 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| 1 | SALARY (HOURS) | 26.0400 | 86.67 | 2256.89 | 86.67 |
| 1 | AUTO ALLOW | 200.0000 | 1.00 | 200.00 | 0.00 |

Total Gross Pay / Hours Worked: 2,456.89   86.67

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|
| VACATION | 0.00 | 40.00 | 0.00 | 40.00 |
| COVID CA 2022 | 0.00 | 0.00 | 0.00 | 0.00 |

Direct Deposit: Type / Account / Amount

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,456.89 | 9,827.56 |
| Gross Pay | 2,456.89 | 9,827.56 |
| Net Pay | 1,998.91 | 7,995.67 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

## Paystub 2

**NEXTGEN ASSOCIATES, INC.**
DBA: SERVICEMASTER EMT/SERVICEMASTER RESTORATION BY EMT
500 SEQUOIA AVENUE
ONTARIO, CA 91761

**Barrett Business Services, Inc.**
200 E. Sandpointe Ave. Ste 100
Santa Ana, CA 92707
FEIN: 52-0812977  TELE: 949/255-5322

Employee: Y88853 Don Walter Meinberg  xxx-xx-3492  905053
Status / Allow: M / 0   Emp Type: Salary   Check #: 0012148740
Payment Date: 02-10-2023   Period: 01-16-2023 - 01-31-2023

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| FEDERAL TAX | 202.49 | 607.47 | 7370.67 |
| MEDICARE | 35.62 | 106.87 | 7370.67 |
| SOC SECURITY | 152.33 | 456.98 | 7370.67 |
| CA INCOME TAX | 45.42 | 136.26 | 7370.67 |
| CA DISABILITY | 22.11 | 66.33 | 7370.67 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| 1 | SALARY (HOURS) | 26.0400 | 86.67 | 2256.89 | 86.67 |
| 1 | AUTO ALLOW | 200.0000 | 1.00 | 200.00 | 0.00 |

Total Gross Pay / Hours Worked: 2,456.89   86.67

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|
| VACATION | 0.00 | 40.00 | 0.00 | 40.00 |
| COVID CA 2022 | 0.00 | 0.00 | 0.00 | 0.00 |

Direct Deposit: Type / Account / Amount

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,456.89 | 7,370.67 |
| Gross Pay | 2,456.89 | 7,370.67 |
| Net Pay | 1,998.92 | 5,996.76 |

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.