NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re:

DONALD MEINBERG,

    Debtor.

Case No.: 6:23-bk-11360-WJ

Chapter 13

**DECLARATION REGARDING
SECURED DEBT PAYMENT HISTORY**

Confirmation Hearing
Date: September 18, 2023
Time: 12:30 pm
Location:
   Courtroom 304
   United States Bankruptcy Court
   Central District of California
   3420 Twelfth Street
   Riverside, California 92501

I, Donald Meinberg, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on April 4, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at  ("Property") which I have listed on Schedule A/B with a value of .

3. No foreclosure sale has been set and no notice of default has been issued.

4. The Property is my current residence.

5. The Property is encumbered by the following deeds of trust:

a. First deed of trust in favor of US Bank Home Mortgage.

   i. The current principal balance owing is $96,430.

   ii. My monthly mortgage payment is currently $1,299.

   iii. The unpaid, accrued arrearage is $0.

b. Second deed of trust in favor of Wells Fargo Home Mortgage.

   i. The current principal balance owing is $77,800.

   ii. My monthly mortgage payment is430 currently $384.

   iii. The unpaid, accrued arrearage is $0.

6. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder | Amounts Paid To 2nd Lienholder |
|---|---|---|
| January 2022 | $1,226 | $357 |
| February 2022 | $1,226 | $357 |
| March 2022 | $1,226 | $357 |
| April 2022 | $1,226 | $357 |
| May 2022 | $1,226 | $357 |
| June 2022 | $1,226 | $357 |
| July 2022 | $1,226 | $384 |
| August 2022 | $1,226 | $384 |
| September 2022 | $1,226 | $384 |
| October 2022 | $1,210 | $384 |
| November 2022 | $1,210 | $384 |
| December 2022 | $1,210 | $384 |
| January 2023 | $1,210 | $384 |
| February 2023 | $1,210 | $384 |
| March 2023 | $1,210 | $384 |
| April 2023 | $1,210 | $384 |
| May 2023 | $1,299 | $384 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was $81,521.

9. In 2023, my income from all sources is $20,310 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: May 17, 2023

_Donald Meinberg_
Donald Meinberg