NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DONALD MEINBERG,<br><br>　　　　Debtor. | Case No.: 6:23-bk-11360-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br><u>Confirmation Hearing</u><br>Date: September 18, 2023<br>Time: 12:30 pm<br>Location:<br>　　Courtroom 304<br>　　United States Bankruptcy Court<br>　　Central District of California<br>　　3420 Twelfth Street<br>　　Riverside, California 92501 |

I, Donald Meinberg, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on April 4, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at  ("Property") which I have listed on Schedule A/B with a value of .

3. No foreclosure sale has been set and no notice of default has been issued.

4. The Property is my current residence.

5. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of US Bank Home Mortgage.

        i. The current principal balance owing is $96,430.

        ii. My monthly mortgage payment is currently $1,299.

        iii. The unpaid, accrued arrearage is $0.

    b. Second deed of trust in favor of Wells Fargo Home Mortgage.

        i. The current principal balance owing is $77,800.

        ii. My monthly mortgage payment is430 currently $384.

        iii. The unpaid, accrued arrearage is $0.

6. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder | Amounts Paid To 2nd Lienholder |
|---|---|---|
| January 2022 | $1,226 | $357 |
| February 2022 | $1,226 | $357 |
| March 2022 | $1,226 | $357 |
| April 2022 | $1,226 | $357 |
| May 2022 | $1,226 | $357 |
| June 2022 | $1,226 | $357 |
| July 2022 | $1,226 | $384 |
| August 2022 | $1,226 | $384 |
| September 2022 | $1,226 | $384 |
| October 2022 | $1,210 | $384 |
| November 2022 | $1,210 | $384 |
| December 2022 | $1,210 | $384 |
| January 2023 | $1,210 | $384 |
| February 2023 | $1,210 | $384 |
| March 2023 | $1,210 | $384 |
| April 2023 | $1,210 | $384 |
| May 2023 | $1,299 | $384 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2022, my total income from all sources was $81,521.

9. In 2023, my income from all sources is $20,310 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: May 17, 2023

_____
Donald Meinberg

# Check Details

Item 34 of 74 Show partial image* Print

| | |
|---|---|
| Check Number | 8447 |
| Date Posted | 12/12/22 |
| Check Amount | $1,208.18 |

< Previous Flip Zoom Next >

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

Equal Housing Lender

# Check Details

Item 27 of 74     Show partial image*                                    🖨 Print

| | |
|---|---|
| Check Number | 9002 |
| Date Posted | 01/11/23 |
| Check Amount | $1,208.18 |



⟨ Previous   ⇄ Flip   🔍 Zoom   Next ⟩

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

## Check Details

Item 22 of 74    Show partial image*    🖨 Print



| | |
|---|---|
| Check Number | 9010 |
| Date Posted | 02/13/23 |
| Check Amount | $1,210.00 |



‹ Previous    ↻ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 14 of 74    Show partial image*    🖨 Print

Check Number        9022

Date Posted         03/20/23

Check Amount        $1,210.00



⟨ Previous    ⇄ Flip    🔍 Zoom    Next ⟩

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 4 of 20     Show full image*                                        🖨 Print

| | |
|---|---|
| Check Number | 9039 |
| Date Posted | 04/17/23 |
| Check Amount | $1,210.00 |



**< Previous**        **Zoom**     **Next >**

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 1 of 21    Show full image*                                        🖨 Print

Check Number                                                            9045

Date Posted                                                             05/16/23

Check Amount                                                            $1,298.79



                                      🔍 Zoom    Next >

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Case 6:23-bk-11360-WJ    Doc 27    Filed 05/17/23    Entered 05/17/23 15:09:33    Desc
Main Document    Page 9 of 15

## WELLS FARGO

Cash Ops Operations
PO Box 10378
Des Moines, IA 50306-0378

If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

LINDA K MENBERG
15310 CORSICA AVE
RIVERSIDE, CA 92508-5788

### Home Equity Line of Credit Statement

Page 1 of 2

| | |
|---|---|
| Statement date | 11/21/2022 |
| Account number | XXXXXXX0001 |
| Payment date | 12/15/2022 |
| **Total payment amount** | **$383.72** |
| Principal balance | $78,173.17 |
| End of draw date | 06/24/2014 |
| Maturity date | 06/15/2054 |
| Property Address | 15310 CORSICA AVE RIVERSIDE, CA |

### Customer Service

**Telephone**
1-877-891-0002
*We accept telecommunications relay service calls.

**Hours of operation**
Mon thru Fri 8 am to 8 pm ET

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Payments**
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731

---

### Payment summary

| | |
|---|---|
| Principal | $91.41 |
| Finance charge | $292.31 |
| Current payment | $383.72 |
| Total payment amount for 12/15/2022 | $383.72 |

### Activity summary

| | |
|---|---|
| Approved credit limit | $100,000.00 |
| Credit in use | $78,173.17 |
| Available credit | $0.00 |
| Beginning balance | $81,940.06 |
| Ending balance | $81,848.65 |

These balances may include unpaid finance charge and other unpaid fees and charges. Please contact Customer Service for payoff amount.

### Balance summary

| | |
|---|---|
| Principal | $78,173.17 |
| Finance charges | $292.31 |
| Deferred balances | $3,383.17 |

Contact Customer Service for your payoff amount.

Account is restricted therefore, the available credit is $0.

### Year-to-date payment summary

| | |
|---|---|
| Total received | $4,058.80 |
| Principal | $1,154.03 |
| Finance charges* | $2,904.77 |

*This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

Wells Fargo Bank
Transaction Receipt

Branch #001800/ 28 Line of Credit Payment
Acct: LU
Account Number XXXXXXXXX0001    $383.72

Cash-In
Loose Currency    $300.00
$100    $80.00
$20    $3.00
$1    $363.00
Sub Total    $363.00

Loose Coin
$0.50    $0.50
$0.25    $0.20
$0.10    $0.02
$0.01    $0.72
Sub Total    $0.72

Total Payment    $383.72
Regular Payment    $383.72    12/12/22
Transaction #045    0045

11:40AM R 12/12/22 Credited 12/12/22

Your payment will be credited today and reflected on your account the next business day. Please retain receipt as verification.

Final payment summary – The estimated payoff amount due at maturity is the final payment. Contact Customer Service for an exact payoff amount.



**WELLS FARGO**

Return Mail Operations
PO Box 10378
Des Moines, IA 50306-0378

If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

0019571    01 AB 0.491  **AUTO  T0 0 1565 92506-578810    -C02-P19590-I1

LINDA K MEINBERG
15310 CORSICA AVE
RIVERSIDE, CA 92506-5788

## Home Equity Line of Credit Statement

| | |
|---|---|
| Statement date | 12/21/2022 |
| Account number | XXXXXXXX0001 |
| Payment date | 01/15/2023 |
| **Total payment amount** | **$383.72** |
| Principal balance | $78,081.76 |
| End of draw date | 06/24/2014 |
| Maturity date | 06/15/2054 |
| Property Address | 15310 CORSICA AVE RIVERSIDE, CA |

### Customer Service

**Telephone***
1-877-891-0002
*We accept telecommunications relay service calls.

**Hours of operation**
Mon thru Fri 8 am to 8 pm ET

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Payments**
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731

### Payment summary

| | |
|---|---|
| Principal | $101.12 |
| Finance charge | $282.60 |
| Current payment | $383.72 |
| Total payment amount for 01/15/2023 | $383.72 |

### Balance summary

| | |
|---|---|
| Principal | $78,081.76 |
| Finance charges | $282.60 |
| Deferred balances | $3,383.17 |

Contact Customer Service for your payoff amount

Account is restricted; therefore, the available credit is $0.

### Year-to-date payment summary

| | |
|---|---|
| Total received | $4,442.52 |
| Principal | $1,245.44 |
| Finance charges* | $3,197.08 |

*This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

### Activity summary

| | |
|---|---|
| Approved credit limit (+) | $100,000.00 |
| Credit in use (-) | $78,081.76 |
| Available credit | $0.00 |
| Beginning balance* | $81,848.65 |
| Ending balance* | $81,747.53 |

* These balances may include unpaid finance charges and other unpaid fees and charges. Please contact Customer Service for payoff amount.

---

**Wells Fargo Bank Transaction Receipt**

Branch Number/0000010 Line of Credit Payment

Account Number    XXXXXXXXX0001
0001 LU    $383.72

Cash In
Loose Currency
$100    $300.00
$20    $80.00
$1    $3.00
Sub Total    $383.00

Loose Coin
$0.01    $0.72
Sub Total    $0.72

Total Payment    $383.72

Regular Payment    $383.72

Transaction # 145  0101
01/09/23 R  01/09/23 Credited: 01/09/23

Your payment will be credited today and reflected on your account the next business day. Please retain receipt as verification.

Please be sure to check the box on the front of this payment coupon to indicate a change.
Address, phone, and/or e-mail change

WELLS FARGO
Return Mail Operations
PO Box 10378
Des Moines, IA 50306-0378

**Home Equity Line of Credit Statement**

Statement date: 01/23/2023
Account number: XXXXXXX0001
Payment date: 02/15/2023
**Total payment amount** $383.72
Principal balance: $77,980.64
End of draw date: 06/24/2014
Maturity date: 06/15/2054
Property Address: 15310 CORSICA AVE
RIVERSIDE, CA

If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

0028289    01 AB 0.507  **AUTO T00 01916 92506-578810  -C02-P28317-I1

LINDA K MEINBERG
15310 CORSICA AVE
RIVERSIDE, CA 92506-5788

**Customer Service**

Telephone*
1-877-891-0002
*We accept telecommunications relay service calls.

Hours of operation
Mon thru Fri 8 am to 8 pm ET

Correspondence
PO Box 10335
Des Moines, IA 50306

Payments
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731

---

**Payment summary**
Principal                                $73.29
Finance charge                          $310.43
Current payment                         $383.72
Total payment amount for 02/15/2023     $383.72

**Activity summary**
Approved credit limit (+)        $100,000.00
Credit in use (-)                 $77,980.64
Available credit                       $0.00
Beginning balance*                $81,747.53
Ending balance*                   $81,674.24

*These balances may include unpaid finance charges and other unpaid fees and charges. Please contact Customer Service for payoff amount.

**Balance summary**
Principal              $77,980.64
Finance charges           $310.43
Deferred balances       $3,383.17

Contact Customer Service for your payoff amount

Account is restricted; therefore, the available credit is $0.

**Year-to-date payment summary**
Total received         $383.72
Principal              $101.12
Finance charges*       $282.60

*This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

Wells Fargo Bank
Transaction Receipt

Branch #0051758  25 Line of Credit Payment
Account Number   XXXXXXXX0001
00651   LO
Cash In                       $383.72
Total Payment                 $383.72
Regular Payment               $383.72
Transaction # 036  0039
10:27AM  R  02/13/23  Credited: 02/13/23

Your payment will be credited today and reflected on your account the next business day. Please retain receipt as verification.

Thank you, ERICKA

Final payment summary - the estimated payoff amount due at maturity as the final payment. Contact Customer Service for an exact payoff amount.


**WELLS FARGO**

Return Mail Operations
PO Box 10378
Des Moines, IA 50306-0378

# Home Equity Line of Credit Statement

| | |
|---|---|
| Statement date | 02/21/2023 |
| Account number | XXXXXXXXX0001 |
| Payment date | 03/15/2023 |
| **Total payment amount** | **$383.72** |
| Principal balance | $77,907.35 |
| End of draw date | 06/24/2014 |
| Maturity date | 06/15/2054 |
| Property Address | 15310 CORSICA AVE RIVERSIDE, CA |

If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

LINDA K WEINBERG
15310 CORSICA AVE
RIVERSIDE, CA 92506-5788

## Customer Service

**Telephone**
1-877-891-0002
*We accept telecommunications relay service calls.

**Hours of operation**
Mon thru Fri 8 am to 8 pm ET

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Payments**
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731

## Payment summary

| | |
|---|---|
| Principal | $111.18 |
| Finance charge | $272.54 |
| Current payment | $383.72 |
| **Total payment amount for 03/15/2023** | **$383.72** |

## Activity summary

| | |
|---|---|
| Approved credit limit (+) | $100,000.00 |
| Credit in use (-) | $77,907.35 |
| Available credit | $0.00 |
| Beginning balance* | $81,674.24 |
| Ending balance* | $81,563.06 |

* These balances may include unpaid finance charges and other unpaid fees and charges. Please contact Customer Service for payoff amount.

## Balance summary

| | |
|---|---|
| Principal | $77,907.35 |
| Finance charges | $272.54 |
| Deferred balances | $3,383.17 |

Contact Customer Service for your payoff amount.

Account is restricted; therefore, the available credit is $0.

## Year-to-date payment summary

| | |
|---|---|
| Total received | $767.44 |
| Principal | $174.41 |
| Finance charges* | $593.03 |

*This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

**Wells Fargo Bank Transaction Receipt**

Branch #0000224 04 Line of Credit Payment

Account Number
00651 L0        XXXXXXXX0001

Cash In            $383.72
Loose Currency
$100    $300.00
$20     $80.00
$1      $3.00
Sub Total        $383.00

Loose Coin
$0.01   $0.72
Sub Total         $0.72

Total Payment             $383.72
Regular Payment           $383.72
Transaction # WO 0076
11:43AM R 03/07/23 Credited: 03/07/23

Your payment will be credited today and reflected on your account the next business day. Please retain receipt as verification.

final payment summary - the estimated payoff amount due at maturity as the final payment. Contact Customer Service for an exact payoff amount.



**WELLS FARGO**

Return Mail Operations
PO Box 10378
Des Moines, IA 50306-0378

If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

0022937    01 AB 0.507    **AUTO  T8 0 1357 92506-578810   -C02-P22959-I1

LINDA K MEINBERG
15310 CORSICA AVE
RIVERSIDE, CA 92506-5788

## Home Equity Line of Credit Statement

| | |
|---|---|
| Statement date | 03/21/2023 |
| Account number | ...0001 |
| Payment date | 04/15/2023 |
| **Total payment amount** | **$383.72** |
| Principal balance | $77,796.17 |
| End of draw date | 06/24/2014 |
| Maturity date | 06/15/2054 |
| Property Address | 15310 CORSICA AVE |
| | RIVERSIDE, CA |

### Customer Service

**Telephone***
1-877-891-0002
*We accept telecommunications relay service calls.

**Hours of operation**
Mon thru Fri 8 am to 8 pm ET

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Payments**
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731

---

### Payment summary
| | |
|---|---|
| Principal | $120.96 |
| Finance charge | $262.76 |
| Current payment | $383.72 |
| **Total payment amount for 04/15/2023** | **$383.72** |

### Activity summary
| | |
|---|---|
| Approved credit limit (+) | $100,000.00 |
| Credit in use (-) | $77,796.17 |
| **Available credit** | **$0.00** |
| Beginning balance* | $81,563.06 |
| Ending balance* | $81,442.10 |

* These balances may include unpaid finance charges and other unpaid fees and charges. Please contact Customer Service for payoff amount.

### Balance summary
| | |
|---|---|
| Principal | $77,796.17 |
| Finance charges | $262.76 |
| Deferred balances | $3,383.17 |

Contact Customer Service for your payoff amount

Account is restricted; therefore, the available credit is $0.

### Year-to-date payment summary
| | |
|---|---|
| Total received | $1,151.16 |
| Principal | $285.59 |
| Finance charges* | $865.57 |

*This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

---

```
Wells Fargo Bank
Transaction Receipt

Branch #0018007 13 Line of Credit Payment
Account Number       XXXXXXXX0001
00651 L3
Cash In              $383.72
Total Payment        $383.72
Regular Payment
Transaction # 016 0020
09:42AM R 04/10/23 Credited: 04/10/23

Your payment will be credited today
and reflected on your account the next
business day. Please retain receipt as
verification.

Thank you, SYLVIA
```

Please be sure to check the box on the front of this payment coupon to indicate a change
Address, phone, and/or e-mail change

Member FDIC LENDER

## Home Equity Line of Credit Statement

| | |
|---|---|
| Statement date | 04/20/2023 |
| Account number | XXXXXXXX0001 |
| Payment date | 05/15/2023 |
| **Total payment amount** | **$383.72** |
| Principal balance | $77,675.21 |
| End of draw date | 06/24/2014 |
| Maturity date | 06/15/2054 |
| Property Address | 15310 CORSICA AVE |
| | RIVERSIDE, CA |

### Customer Service

**Telephone**
1-877-691-0002
*We accept telecommunications relay service calls.

**Hours of operation**
Mon thru Fri 8 am to 8 pm ET

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Payments**
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731

---

Return Mail Operations
PO Box 10378
Des Moines, IA 50306-0378

You are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

00022686   01 AB 0507 **AUTO T0 0 1379 92506-5788I0  <C02-P22708-I1

LINDA K. MEINBERG
15310 CORSICA AVE
RIVERSIDE, CA 92506-5788

---

### Payment summary

| | |
|---|---|
| Principal | $102.54 |
| Finance charge | $281.18 |
| Current payment | $383.72 |
| **Total payment amount for 05/15/2023** | **$383.72** |

### Activity summary

| | |
|---|---|
| Approved credit limit (+) | $100,000.00 |
| Credit in use (-) | $77,675.21 |
| Available credit | $0.00 |
| Beginning balance* | $81,442.10 |
| Ending balance* | $81,339.56 |

*These balances may include unpaid finance charges and other unpaid fees and charges. Please contact Customer Service for payoff amount.

### Balance summary

| | |
|---|---|
| Principal | |
| Finance charges | |
| Deferred balances | |

Contact Customer Service for you...

Account is restricted; therefore, the av...

### Understanding your account

If, at any time, you want to stop receiving informational statements, please write to us at the cor...

---

### Wells Fargo Bank Transaction Receipt

Branch #0063583 02 Line of Credit Payment

| | |
|---|---|
| Account Number | XXXXXXXXXX0001 |
| 00651 LO | |
| Cash In | $384.00 |
| Total Payment | $384.00 |
| Regular Payment | $383.72 |
| Additional Principal | $0.28 |

Transaction # 026  0033
11:10AM  R   05/08/23   Credited: 05/08/23

Your payment will be credited today and reflected on your account the next business day. Please retain receipt as verification.

Thank you, MAYRA