# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, May 17, 2023**         **Hearing Room  304**

<u>1:30 PM</u>
**6:23-11360    Donald Meinberg**         **Chapter 13**

    **#4.00**     Hrg re status conference regarding confirmation of the chapter 13 plan

                                 Docket     1
          *** VACATED ***   REASON: SCHEDULING ORDER ENTERED 4-24-23; CONT'D TO 9-18-23 AT 12:30 P.M

| Party Information |
|---|

**Debtor(s):**

     Donald  Meinberg                          Represented By
                                              Benjamin  Heston

**Trustee(s):**

     Rod  Danielson (TR)                      Pro Se