# United States Bankruptcy Court
# Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, May 31, 2023**                                                             **Hearing Room 304**

**2:00 PM**

**6:23-11360**  Donald Meinberg                                                              Chapter 13

#22.00   Confirmation of Chapter 13 Plan

                                        Docket   1
*** VACATED ***   REASON: SCHEDULING ORDER ENTERED 4-24-23; CONT'D TO 9-18-23 AT 12:30 P.M

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Donald Meinberg                             Represented By
                                            Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                          Pro Se