United States Bankruptcy Court

Central District of California

In re:  
Donald Meinberg  
    Debtor

Case No. 23-11360-WJ  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Jul 21, 2023      Form ID: nmda      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Donald Meinberg, 15310 Corsica Ave, Riverside, CA 92506-5788 |
| cr | + | Premier Capital, LLC, 175 Middlesex Turnpike, Suite 2E, Bedford, MA 01730-1459 |
| cr | + | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 41489629 | | NC Venture I, LP, c/o Verus Law Group, 2623 W Manchester Blvd, Inglewood, CA 90305-2433 |
| 41567936 | + | Premier Capital LLC, c/o Verus Law Group, APC, 2623 W. Manchester Blvd., Inglewood, CA 90305-2433 |
| 41567265 | + | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301-6566 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 22 2023 00:57:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 22 2023 00:57:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41489627 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2023 01:13:24 | CITIBANK, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 41489626 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2023 01:13:20 | CHASE CARD SERVICES, Po Box 15298, Wilmington, DE 19850-5298 |
| 41562281 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2023 01:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41489628 | | Email/Text: EBN@Mohela.com | Jul 22 2023 00:56:00 | MOHELA / US DEPT OF EDUCATION, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41489630 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2023 00:57:00 | US Bank Home Mortgage, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 41489631 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 22 2023 00:59:45 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: nmda | Total Noticed: 14 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Donald Meinberg bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Holly Walker | on behalf of Creditor Premier Capital  LLC holly@veruslawgroup.com |
| Natalie E Lea | on behalf of Creditor U.S. Bank National Association Natalie.Lea@Bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF MOTION TO DISMISS CASE FOR
# SUBSTANTIAL ABUSE OF THE BANKRUPTCY SYSTEM

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Donald Meinberg<br>**SSN:** xxx−xx−3492<br>**EIN:** N/A<br><br>15310 Corsica Ave<br>Riverside, CA 92506−5788 | **BANKRUPTCY NO.** 6:23−bk−11360−WJ<br>**CHAPTER** 13 |

Notice is hereby given that a hearing in this case will be held at:

**Date:**       9/6/2023
**Time:**       2:00 p.m.
**Location:**   **3420 12th Street, Riverside, CA 92501**
                **Courtroom 304**

To Consider and Act Upon The Following:

Motion for dismissal of Chapter 7 case under 11 U.S.C. 707(b) due to a **substantial abuse** of the Bankruptcy System.

Objection to the above shall be made in writing and filed with the Court and served upon the moving party at least **FOURTEEN (14) DAYS** prior to the hearing date. If you fail to file a written response to this motion within such time period, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief. See Local Bankruptcy Rule 9013−1(a)(7).

For further information, see the Court file.

Dated: July 21, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nmda 2/2001) VAN−41                                               **32 /**