ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, 256197
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

|  |  |
|---|---|
| IN RE:<br><br>DONALD MEINBERG,<br><br>Debtor(s). | Case No.: 6:23-bk-11360-WJ<br><br>Chapter 13<br><br>CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION<br><br><u>Confirmation Hearing</u><br>Date: September 18, 2023<br>Time: 12:30 PM<br>Courtroom: 304 |

In accordance with the Scheduling Order, the Chapter 13 Trustee hereby moves for an order dismissing this case.  Any opposition to this motion must be filed per the deadline set forth in the Scheduling Order.  Failure to comply with these provisions may result in dismissal of the case.

Dismissal is requested pursuant to 11 U.S.C. § 1307(c)(1) for unreasonable delay for failure to file the Secured Debt Payment History Declaration ("SDPHD"), failure to file the

Motion to Avoid Judicial Lien, failure to file the requested amendments, and failure to resolve the infeasibility.

Per the Scheduling Order, counsel for the debtor was instructed to file a SDPHD no later than August 28, 2023. As of today's date, no such declaration has been filed.

Per the plan filed on April 19, 2023, Debtor intended to file a Motion to Avoid Creditor's Judicial Lien. As of today's date, no such motion has been filed.

Per the trustee's request at the 341(a) meeting on May 17, 2023, counsel for the debtor was instructed to file an amended plan and an amended schedule A/B. As of today's date, no such amendments have been filed.

Additionally, the plan is currently infeasible. To cover all claims as filed, the plan payment would need to be $11,754 per month. Counsel indicated a possible basis to object to the unsecured portion of the Premier Capital claim (community discharge from spouse's prior chapter 7), but as of today's date, no objection has been filed.

For all the foregoing reasons, the Chapter 13 Trustee objects to confirmation of the plan and requests the case be dismissed.

Dated: August 30, 2023

ROD DANIELSON, Chapter 13 Standing Trustee

### DECLARATION OF BRIDGET KELLY

I, BRIDGET KELLY, declare as follows:

1. I am an attorney licensed by the State of California to practice law. I am a Staff Attorney for Rod Danielson, Chapter 13 Standing Trustee for the Riverside Division of the United States Bankruptcy Court for the Central District of California. I am admitted to practice before the District Court for the Central District of California.

2. I have personally reviewed the files, records, and documents in this case and I am familiar with the facts contained in those documents. If called as a witness, I could and would be able to testify as to the facts contained therein.

3. Counsel failed to file the required declaration pursuant to the Scheduling Order.

4. Per the plan filed on April 19, 2023, Debtor intended to file a Motion to Avoid Creditor's Judicial Lien, but as of today's date, no such motion has been filed.

5. At the 341(a) meeting on n May 17, 2023, I requested counsel to file an amended plan and an amended schedule A/B. As of today's date, no such amendments have been filed.

6. The plan is currently infeasible. To cover all claims as filed, the plan payment would need to be $11,754 per month.

7. Counsel had indicated to me a possible basis to object to the unsecured portion of the Premier Capital claim (community discharge from spouse's prior chapter 7), but as of today's date, no objection has been filed.

///

///

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me at Riverside, California.

DATED:  August 30, 2023

*Bridget Kelly*

_____

Bridget Kelly

| In re: **DONALD MEINBERG** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:23-bk-11360-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **8/30/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing

Debtor
DONALD MEINBERG
15310 CORSICA AVE
RIVERSIDE, CA 92506-5788

Attorney for Debtor
NEXUS BANKRUPTCY
100 BAYVIEW CIRCLE, STE 100
NEWPORT BEACH, CA 92660

☐ Service Information continued on attached pag

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **08/30/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here

HONORABLE WAYNE E. JOHNSON
3420 TWELFTH STREET
COURTROOM 304
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK
JUNE 2012

**F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 8/30/2023 | Susan Jones | *[signature: Susan Jones]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK

JUNE 2012

**F 9013-3.1.PROOF.SERVICE**