1  **VERUS LAW GROUP, APC**
   Holly Walker, Bar No.: 178356
2  Mark N. Strom, Bar No.: 134443
   2623 West Manchester Blvd.
3  Inglewood, CA 90305
   Telephone: (310) 453-5053
4  Facsimile: (310) 306-7700
   e-mail address: holly@veruslawgroup.com
5

6  Attorneys for Secured Creditor
   PREMIER CAPITAL, LLC, as Assignee of
7  NC VENTURE I, L.P., a Delaware limited partnership

8

9                   UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

11 | In re:                              ) CASE NO.: 6:23-bk-11360-WJ
                                         )
12 | DONALD MEINBERG,                    ) CHAPTER 13
                                         )
13 |                                     ) OBJECTIONS TO EVIDENCE
   |                  Debtor.            ) PROFFERED IN OPPOSITION TO
14 |                                     ) MOTION TO DISMISS CHAPTER 13
                                         ) CASE
15 | _____)

16                                        Date:   September 6, 2023
                                          Time:   2:00 pm
17                                        Place:  Courtroom 304
                                                  3420 Twelfth St.
18                                                Riverside, CA 92501

19

20      Secured Creditor PREMIER CAPITAL, LLC, as Assignee of NC VENTURE I, L.P.

21 objects and moves to strike the following proffered evidence contained in the Opposition to

22 Motion to Dismiss filed by Debtor DONALD MEINBERG, pursuant to Local Bankruptcy Rule

23 9013-1(i)(2).

24          **OBJECTIONS TO THE OPPOSITION TO MOTION TO DISMISS**

25 | **OPPOSITION TEXT:**                         | **OBJECTION:** |

26 | 1. Page 2, line 20: "Fair Market Value . . . $835,000." | **Hearsay** (Fed. Rules Evid. 802) |
27 |                                              | **Violation of** FRBP 9017 and F.R.Civ.P. 43(c). |
28

                                           1
OBJECTIONS TO EVIDENCE PROFFERED IN OPPOSITION TO MOTION TO DISMISS CHAPTER
                                    13 CASE

| | | |
|---|---|---|
| 1 | 2. Page 2, line 21: "Mortgage Balance . . . $173,847." | **Hearsay** (Fed. Rules Evid. 802) |
| 2 | | **Violation of** FRBP 9017 and F.R.Civ.P. 43(c). |
| 3 | | |
| 4 | 3. Page 2, line 22: "Exemption . . . $615,000." | **Hearsay** (Fed. Rules Evid. 802) |
| 5 | | **Violation of** FRBP 9017 and F.R.Civ.P. 43(c). |
| 6 | | |
| 7 | 4. Page 2, line 23: "Remaining Lien . . . $46,153". | **Hearsay** (Fed. Rules Evid. 802) |
| 8 | | **Violation of** FRBP 9017 and F.R.Civ.P. 43(c). |
| 9 | | |
| 10 | 5. Page 2, lines 25-28: "Debtor has obtained an appraisal which showed a value of $900,000. However, this appraisal did not take into consideration the termite and sinkhole damage to the Property which currently renders it unmarketable. Based on Debtor's personal knowledge of industry practices, these repairs would cost approximately $65,000 to remedy. He is currently in the process of obtaining estimates." | **Hearsay** (Fed. Rules Evid. 802) |
| 11 | | **Violation of** FRBP 9017 and F.R.Civ.P. 43(c). |

Respectfully submitted,

VERUS LAW GROUP, APC

Dated: August 30, 2023        By: _____
Holly Walker
Mark N. Strom
Attorneys for Secured Creditor
PREMIER CAPITAL, LLC, as Assignee of
NC VENTURE I, L.P.

3
OBJECTIONS TO EVIDENCE PROFFERED IN OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE