**VERUS LAW GROUP, APC**
Holly Walker, Bar No.: 178356
Mark N. Strom, Bar No.: 134443
2623 West Manchester Blvd.
Inglewood, CA 90305
Telephone: (310) 453-5053
Facsimile: (310) 306-7700
e-mail address: holly@veruslawgroup.com

Attorneys for Secured Creditor
PREMIER CAPITAL, LLC, as Assignee of
NC VENTURE I, L.P., a Delaware limited partnership

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| In re:<br><br>DONALD MEINBERG,<br><br>Debtor. | CASE NO.: 6:23-bk-11360-WJ<br><br>CHAPTER 13<br><br>DECLARATION OF MARK N. STROM IN SUPPORT OF OBJECTION TO CONFIRMATION AND REQUEST FOR DISMISSAL<br><br><u>Confirmation Hearing:</u><br>Date:    September 18, 2023<br>Time:    12:30 p.m.<br>Place:   Courtroom 304) |

<u>DECLARATION OF MARK N. STROM</u>

I, Mark N. Strom, declare as follows:

1    I am an attorney licensed to practice before the courts of the State of California and am associated with Verus Law Group, APC, attorneys of record for Secured Creditor PREMIER CAPITAL, LLC, ("PREMIER"). The facts set forth in this Declaration are personally known to me and I have first hand knowledge of the same.  If called as a witness, I could and wold competently testify thereto.

2.    As an attorney for PREMIER, I have custody of PREMIER's litigation file.  The case litigation file is customarily kept by Verus Law Group to litigate the firm's case load. Each lawsuit has its own litigation file, and the firm's staff is under a duty to maintain it in a

1
**DECLARATION OF MARK N. STROM IN SUPPORT OF OBJECTION TO CONFIRMATION AND REQUEST FOR DISMISSAL**

current and orderly manner, including all documents provided by our clients, including PREMIER. The case litigation file is maintained by this office in the ordinary course of business and I have first hand knowledge of the contents therein. All documents received in connection with the firm's litigation matters are put into case litigation files at or near the time of receipt. Those matters stated herein which are not reliant on the contents of this action's case litigation file are personally known to me and I have first hand knowledge of the same. If called as a witness herein, I could and would testify competently to the contents of this declaration of my own personal knowledge.

3.     On or about December 16, 2002, a default judgment was entered in favor of Plaintiff NC VENTURE I, L.P., a Delaware limited partnership and against Defendant MEINBERG in the Los Angeles County Superior Court, Case No.: BC268365 in the principal amount of $115,368.71.

4.     On or about January 3, 2003, this the Riverside County Superior Court issued an Abstract of Judgment which NC VENTURE I, L.P., by and through its attorney of record, recorded on January 30, 2003, in the Official Records of Riverside County, State of California, known as Instrument No. 2003-071865.

5.     On or about July 7, 2005, an Amended Judgment, correcting the spelling of Judgment Debtor MEINBERG's name, was entered in favor of Plaintiff NC VENTURE I, L.P., a Delaware limited partnership and against Defendant MEINBERG, in the Los Angeles County Superior Court, Case No.: BC268365 in the principal amount of $115,368.71. (the "Amended Judgment"). The Amended Judgment resulted from a motion filed by Plaintiff NC VENTURE I, L.P. for an order to amend the judgment *nunc pro tunc,* which was granted on March 7, 2005.

6.     The Amended Judgment was subsequently assigned by NC VENTURE I, L.P. to PREMIER CAPITAL, LLC ("PREMIER") on or about April 12, 2005.

7.     On or about July 25, 2005, the Riverside County Superior Court issued an Amended Abstract of Judgment which PREMIER CAPITAL, LLC, as Assignee of NC VENTURE I, L.P., by and through its attorney of record, recorded on August 15, 2005 in the Official Records of Riverside County, State of California, known as Instrument No. 2005-

0664082.

8. On February 1, 2000,, DONALD W. MEINBERG ("MEINBERG" or "Judgment Debtor") acquired title to certain real property along with his wife, Debtor herein, LINDA K. MEINBERG as husband and wife as joint tenants, commonly known as 15310 Corsica Ave., Riverside, CA 92506, having Assessor's Parcel No.: 245-120-042 (the "subject Real Property") A Grant Deed was recorded in the Official Records of Riverside County, California on March 22, 2000, as Instrument No. 2000-103352.

9. On September 21, 2001, the subject Real Property was deeded back to Donald Meinberg along with his wife LINDA K. MEINBERG as husband and wife as joint tenants from LINDA K. MEINBERG, a married woman as her sole and separate property. A Grant Deed was recorded in the Official Records of Riverside County, California on September 24, 2001, as Instrument No.: 2001-460666.

10. On July 13, 2011 (and prior to the expiration of the Judgment and Amended Judgment), an Application for and Renewal of Judgment was filed with the Court in the principal amount of $209,126.54 by PREMIER, as Assignee, and against Donald Meinberg. A certified copy of the Application for and Renewal of Judgment was recorded on August 11, 2011 with the Riverside County Recorder's Office as Instrument No.: 2011-0354114.

11. In addition, Judgment Creditor PREMIER served Donald Meinberg with a copy of the 2011 Notice of Renewal of Judgment and Application for and Renewal of Judgment and filed a Proof of Service with this Court on August 1, 2011.

12. On October 21, 2020, an Application for and Renewal of Judgment was filed with the Court in the principal amount of $405,027.40 by PREMIER, as Assignee and against Donald Meinberg. A certified copy of the Application for and Renewal of Judgment was recorded on December 30, 2020, with the Riverside County Recorder's Office as Instrument No.: 2020-0666992, which extended the lien priority of the 2003 Abstract of Judgment as amended by the 2005 Amended Abstract of Judgment. *See,* California *Code of Civil Procedure* § 683.180(a).

13. In addition, PREMIER served Donald Meinberg with a copy of the 2020 Notice

1   of Renewal of Judgment and Application For and Renewal of Judgment and filed a Proof of

2   Service with this Court on November 6, 2020.

3       14.    To date, no part of PREMIER's judgment lien has been satisfied.

4       15.    On or about February 24, 2022, PREMIER applied for an order to sell the subject

5   Real Property commonly known as 15310 Corsica Avenue, Riverside, CA 92506, in the County

6   of Riverside, California (APN 245-120-042), in its entirety, *i.e.*, 100% interest, as community

7   property of Donald Meinberg in exercise of Plaintiff's *in rem* rights to satisfy the Judgment

8   against Donald Meinberg, pursuant to *Code of Civil Procedure* § 704.750, *et seq.*

9       16.    On or about April 26, 2022, Donald Meinberg's spouse, LINDA K, MEINBERG,

10   the Debtor herein, filed a voluntary petition under Chapter 7. The Debtor sets forth in her

11   Schedule "A/B" that the Residence has a fair market value of $760,000.00 as of March 11, 2022,

12   which is based upon the appraisal of Dianna Dunn.

13       17.    The Debtor also sets forth in her Schedule "C" a homestead exemption of

14   $580,000.00 under CCP Section 704.730, as representing the median value (of a single family

15   home) in Riverside County in 2021.

16       18.    LINDA K. MEINBERG filed a Motion to Avoid Lien with regard to the subject

17   Real Property. In opposition to the Motion to Avoid Lien, PREMIER presented evidence that

18   the fair market value of the subject Real Property as of April 26, 2022 (the date of LINDA K.

19   MEINBERG's petition) was $875,000.00. PREMIER also presented evidence that the county-

20   wide median sale price of a single family home in Riverside County for 2021, as provided for

21   in CCP Section 704.730, was $560,000.00.

22       19.    PREMIER argued in its opposition to LINDA K. MEINBERG's Motion to Avoid

23   Lien that there was sufficient surplus equity in the subject Real Property such that PREMIER's

24   lien does not entirely impair LINDA K. MEINBERG's allowable homestead exemption, and

25   thus, PREMIER's lien cannot be entirely avoided. PREMIER argued that the admissible

26   evidence showed that the mathematical formula contained in § 522(f)(2)(A) produces the

27   following result:

28         $875,000.00        FMV of Residence per appraisal

|   |   |   |
|---|---|---|
| 1 | -$106,055.16 | Consensual Lien of US Home Mortgage (per motion) |
| 2 | -$ 78,886.54 | Consensual Lien of Wells Fargo Home Mortgage (per |
| 3 |  | motion) |
| 4 | $690,058.30 | Equity After 1sr and 2bd Mortgages. |
| 5 | -$560,000.00 | Median Sale Price of SFH in Riverside County for 2021 |
| 6 |  | (Homestead Exemption Amount) |
| 7 | $130,058.30 | (surplus equity) |
| 8 | $130,058.30 | Secured Portion of PREMIER'S judicial lien. |

20. On November 18, 2022 and November 30, 2022, this Court conducted evidentiary hearings on LINDA K. MEINBERG Motion to Avoid Lien on the subject Real Property. At issue was: (1) the value of the subject Real Property on the Petition date; and (2) what is allowable homestead exemption amount. At the endo of the hearing on November 30, 2022, this Court made extensive findings of fact and conclusions of law on the record. Based on those findings of act and conclusions of law, this Court entered an order on December 7, 2022 that the value of th subject Real Property was $875,000 as of April 26, 2022.

21. On December 7, 2022, this Court entered an order granting in part LINDA K. MEINBERG Motion to Avoid Lien, as follows: "[t]he abstract of judgment of NC VENTURE I, LP recorded on January 30, 2003 with the county recorder for Riverside County as instrument 2003-071865 is void and unenforceable, in part, with respect to the real property located at 15310 Corsica Avenue, Riverside, CA 92506 ("Property"). The lien created by the abstract of judgment remains attached to the Property in the amount of $130,058.30. However, the lien is avoidable and not longer attaches to the Property with respect to all obligations owed in excess of $130,058.30. Thus, the amount of the lien has been reduced to $130,058.30 (and remains secured by the Property in that amount) and all excess amounts of the lien have been extinguished and can no longer be enforced against the Property."

22 PREMIER resumed its application to sell dwelling in the state court, informing the state court of the determination of the amount of lien which still attached to the subject Real Property as determined by this Court. MEINBERG filed the instant Chapter 13 case on

DECLARATION OF MARK N. STROM IN SUPPORT OF OBJECTION TO CONFIRMATION AND REQUEST FOR DISMISSAL

April 4, 2023. MEINBERG's proposed Plan does not provide for any payments towards PREMIER's lien, which has already been adjudicated as partially nonavoidable. PREMIER filed its Proof of Claim on June 13, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1ST day of September 2023, at Inglewood, California.

_____
Mark N. Strom

6
**DECLARATION OF MARK N. STROM IN SUPPORT OF OBJECTION TO CONFIRMATION AND REQUEST FOR DISMISSAL**