**FILED & ENTERED**

**SEP 05 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch       DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-11360-WJ |
| DONALD MEINBERG, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

1    On July 20, 2023, Premier Capital, LLC filed a motion to dismiss this chapter 13 case [docket #32] ("Motion").  The debtor filed opposition to the Motion [docket #36] and the moving party filed a reply brief [docket #38].  The creditor set the matter for a hearing on September 6, 2023.  However, the confirmation hearing in this case is currently set for September 18, 2023 at 12:30 p.m.

Therefore, in the interests of judicial economy, the Court hereby ORDERS:

1. The hearing regarding the Motion is hereby continued from September 6, 2023 at 2:00 p.m. to September 18, 2023 at 12:30 p.m.

IT IS SO ORDERED.

###

Date: September 5, 2023

Wayne Johnson
United States Bankruptcy Judge