United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11360-WJ |
| Donald Meinberg | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Donald Meinberg, 15310 Corsica Ave, Riverside, CA 92506-5788 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Donald Meinberg bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Holly Walker | on behalf of Creditor Premier Capital LLC holly@veruslawgroup.com |
| Natalie E Lea | on behalf of Creditor U.S. Bank National Association Natalie.Lea@Bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**FILED & ENTERED**

**SEP 05 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-11360-WJ |
| DONALD MEINBERG, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

- 1 -

On July 20, 2023, Premier Capital, LLC filed a motion to dismiss this chapter 13 case [docket #32] ("Motion").  The debtor filed opposition to the Motion [docket #36] and the moving party filed a reply brief [docket #38].  The creditor set the matter for a hearing on September 6, 2023.  However, the confirmation hearing in this case is currently set for September 18, 2023 at 12:30 p.m.

Therefore, in the interests of judicial economy, the Court hereby ORDERS:

1. The hearing regarding the Motion is hereby continued from September 6, 2023 at 2:00 p.m. to September 18, 2023 at 12:30 p.m.

IT IS SO ORDERED.

###

Date: September 5, 2023

_____
Wayne Johnson
United States Bankruptcy Judge

- 2 -