# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, September 6, 2023**      Hearing Room   304

2:00 PM
6:23-11360  Donald Meinberg     Chapter 13

#9.00   Hrg re motion to dismiss chapter 13 case on the grounds that it was filed in bad faith

Docket   32

*** VACATED ***   REASON: SCHEDULING ORDER ENTERED 9-5-23; CONT'D TO 9-18-23 AT 12:30 P.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Donald Meinberg     Represented By
    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se