**FILED & ENTERED**

**SEP 19 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No.: 6:23-bk-11360-WJ |
|---|---|
| DONALD MEINBERG, | CHAPTER 13 |
| Debtor. | **DISMISSAL ORDER** |

1    On September 18, 2023, the Court held a hearing regarding the motion of Premier

2  Capital, LLC, to dismiss this chapter 13 case [docket #32]. The debtor filed opposition to the

3  motion [docket #36] and the moving party filed a reply brief [docket #38].

4    For the reasons stated on the record, the Court hereby ORDERS:

5    1.    The motion is granted in part. This bankruptcy case is hereby dismissed with a bar

6  to re-filing through December 31, 2023. Donald Meinberg is prohibited from filing any

7  bankruptcy case anywhere under any chapter until on or after January 1, 2024.

8    2.    The Court will hold a further hearing regarding the motion on December 20, 2023 at

9  3:00 p.m. to consider extending the bar to re-filing further. The hearing shall occur in the

10 courtroom and not by video.

11   3.    The moving party seeks to bar the debtor from filing a further bankruptcy case

12 through June 14, 2024. The debtor may file opposition to this request no later than October 25,

13 2023. The moving party may file a response by November 22, 2023. The debtor may file a final

14 reply by December 13, 2023.

15 IT IS SO ORDERED.

16                                    ###

Date: September 19, 2023

_____
Wayne Johnson
United States Bankruptcy Judge