# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, September 18, 2023**                                                  Hearing Room  304

12:30 PM
**6:23-11360**   Donald Meinberg                                                          **Chapter 13**

   #14.00   Confirmation of Chapter 13 Plan

       FROM: 5-31-23

                         Docket     1

**Matter Notes:**

   PRESENT: For Chapter 13 Trustee: Bridget Kelly  For Debtor:  B. HESTIN

   ( )   Plan confirmed.                                                M. STROM

   (X)   Confirmation denied.  Case dismissed ~~without prejudice~~.

   ( )   Confirmation denied.
Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

( )   Confirmation hearing continued. See next pages for a court order with the date and time of the continuance and additional terms of the continuance.

( )   Continued to _____ at 2:30 p.m.

**Tentative Ruling:**

   No appearances by debtors are required today but attorneys for debtors do need to appear.

   This hearing will occur by video using Zoom (not CourtCall). Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

   Meeting URL: https://cacb.zoomgov.com/j/1600248834

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

Monday, September 18, 2023      Hearing Room    304

**12:30 PM**
**CONT...**     **Donald Meinberg**        Chapter 13
     Meeting ID:    160 024 8834
     Password:      219323

### Party Information

**Debtor(s):**

Donald Meinberg        Represented By
                                         Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)        Pro Se