# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

Monday, September 18, 2023                  Hearing Room    304

**12:30 PM**
**6:23-11360**    **Donald Meinberg**                                     **Chapter 13**

#15.00    Hrg re status conference regarding confirmation of the chapter 13 plan

FROM: 5-17-23

Docket    1

**Matter Notes:**

PRESENT: M. Sarom / B. Kaui

Counsel for the Debtor(s): B. Heston

( )   The status conference is concluded.

( )   The status conference is continued to _____.
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

( )   The status conference is continued to _____.
Debtors are ordered to appear at the next status conference.

(✓)   Off calendar

( )   _____

**Tentative Ruling:**

No appearances by debtors are required today but attorneys for debtors do need

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, September 18, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room  304**

**12:30 PM**
**CONT...**　　**Donald Meinberg**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**
to appear.

　　　　This hearing will occur by video using Zoom (not CourtCall). Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

　　　　Meeting URL: https://cacb.zoomgov.com/j/1600248834
　　　　Meeting ID:　　160 024 8834
　　　　Password:　　　219323

| Party Information |
|---|

**Debtor(s):**

Donald Meinberg　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)　　　　　　　　　　　Pro Se