# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, September 18, 2023**       Hearing Room   304

---

**12:30 PM**
**6:23-11360**     **Donald Meinberg**       Chapter 13

    **#15.01**     Hrg re motion to dismiss chapter 13 case on the grounds that it was filed in bad faith

           FROM: 9-6-23

                           Docket     32

**Matter Notes:**

      PRESENT: _B. Heston_
                     _M. Strom_
                     _B. Kelly_

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(X) Continued to __12/20/23 AT 3:00 p.m.__

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

---

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, September 18, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room    304**

**12:30 PM**
**CONT...**　　**Donald Meinberg**　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

**Tentative Ruling:**

　　No appearances by debtors are required today but attorneys for debtors do need to appear.

　　This hearing will occur by video using Zoom (not CourtCall). Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

　　Meeting URL: https://cacb.zoomgov.com/j/1600248834
　　Meeting ID:　160 024 8834
　　Password:　219323

| Party Information |
|---|

**Debtor(s):**

　Donald Meinberg　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Trustee(s):**

　Rod Danielson (TR)　　　　　　　　　Pro Se