United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-11360-WJ |
| Donald Meinberg | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: ntcdsm | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Donald Meinberg, 15310 Corsica Ave, Riverside, CA 92506-5788 |
| cr | + | Premier Capital, LLC, 175 Middlesex Turnpike, Suite 2E, Bedford, MA 01730-1459 |
| cr | + | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 41489629 | | NC Venture I, LP, c/o Verus Law Group, 2623 W Manchester Blvd, Inglewood, CA 90305-2433 |
| 41567936 | + | Premier Capital LLC, c/o Verus Law Group, APC, 2623 W. Manchester Blvd., Inglewood, CA 90305-2433 |
| 41567265 | + | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301-6566 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 20 2023 04:07:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 20 2023 04:07:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41489627 | | EDI: CITICORP.COM | Sep 20 2023 04:07:00 | CITIBANK, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 41489626 | | EDI: JPMORGANCHASE | Sep 20 2023 04:07:00 | CHASE CARD SERVICES, Po Box 15298, Wilmington, DE 19850-5298 |
| 41562281 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 00:23:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41489628 | | Email/Text: EBN@Mohela.com | Sep 20 2023 00:19:00 | MOHELA / US DEPT OF EDUCATION, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41489630 | + | EDI: USBANKARS.COM | Sep 20 2023 04:07:00 | US Bank Home Mortgage, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 41489631 | | EDI: WFFC2 | Sep 20 2023 04:07:00 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Donald Meinberg bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Holly Walker | on behalf of Creditor Premier Capital  LLC holly@veruslawgroup.com |
| Mukta Suri | on behalf of Creditor U.S. Bank National Association Mukta.Suri@BonialPC.com |
| Natalie E Lea | on behalf of Creditor U.S. Bank National Association Natalie.Lea@Bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## <u>NOTICE OF DISMISSAL</u>

**DEBTOR INFORMATION:**
Donald Meinberg

**BANKRUPTCY NO.** 6:23–bk–11360–WJ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3492
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
15310 Corsica Ave
Riverside, CA 92506–5788

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

The case is dismissed with a bar to re–filing through
December 31, 2023.

For The Court,

Dated: September 19, 2023

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm–ndms Rev. 06/2017

**48 / YG**