United States Bankruptcy Court

Central District of California

In re:     Case No. 23-11360-WJ

Donald Meinberg     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 1

Date Rcvd: Sep 19, 2023     Form ID: pdf042     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Donald Meinberg, 15310 Corsica Ave, Riverside, CA 92506-5788 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Donald Meinberg bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Holly Walker | on behalf of Creditor Premier Capital LLC holly@veruslawgroup.com |
| Mukta Suri | on behalf of Creditor U.S. Bank National Association Mukta.Suri@BonialPC.com |
| Natalie E Lea | on behalf of Creditor U.S. Bank National Association Natalie.Lea@Bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

1
2
3
4
5
6
7

**FILED & ENTERED**

**SEP 19 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

8        UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10              RIVERSIDE DIVISION

11

12  In re:                                Case No.: 6:23-bk-11360-WJ

13  DONALD MEINBERG,                      CHAPTER 13

14              Debtor.
                                          **DISMISSAL ORDER**
15

16

17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

On September 18, 2023, the Court held a hearing regarding the motion of Premier Capital, LLC, to dismiss this chapter 13 case [docket #32]. The debtor filed opposition to the motion [docket #36] and the moving party filed a reply brief [docket #38].

For the reasons stated on the record, the Court hereby ORDERS:

1. The motion is granted in part. This bankruptcy case is hereby dismissed with a bar to re-filing through December 31, 2023. Donald Meinberg is prohibited from filing any bankruptcy case anywhere under any chapter until on or after January 1, 2024.

2. The Court will hold a further hearing regarding the motion on December 20, 2023 at 3:00 p.m. to consider extending the bar to re-filing further. The hearing shall occur in the courtroom and not by video.

3. The moving party seeks to bar the debtor from filing a further bankruptcy case through June 14, 2024. The debtor may file opposition to this request no later than October 25, 2023. The moving party may file a response by November 22, 2023. The debtor may file a final reply by December 13, 2023.

IT IS SO ORDERED.

###

Date: September 19, 2023

Wayne Johnson
United States Bankruptcy Judge