1  **Rod Danielson**
   **Chapter 13 Trustee**
2  **3787 University Avenue**
   **Riverside, CA 92501**
3  **Tel.: (951) 826-8000**
   **Fax: (951) 826-8090**
4

5

         UNITED STATES BANKRUPTCY COURT
6        CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

7  IN RE:                              Case No.: 6:23-bk-11360-WJ
8
   DONALD MEINBERG                     DECLARATION RE NON-RECEIPT OF
9                                      OBJECTIONS TO TRUSTEE'S FINAL REPORT &
                                       ACCOUNT
10                                     (DISMISSED CASE)
11             Debtor(s).
12

13
       On <u>10/11/2023</u>, this office served upon the interested parties a "Notice of Filing
14
   of Trustee's Final Report and Account."  This office has not received any objection(s) to the
15
   Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any
16
   objection was received, it was either resolved or determined to be meritless.
17
       I declare under penalty of perjury that the foregoing is true and correct.
18
       Executed on <u>11/6/2023</u> at Riverside, California.
19

20

21
                                       _____
22  Dated:  <u>11/6/2023</u>
                                       Rod Danielson, Chapter 13 Trustee
23

24

25

26

27

28