1  **VERUS LAW GROUP, APC**
Holly Walker, Bar No.: 178356
2  Mark N. Strom, Bar No.: 134443
2623 West Manchester Blvd.
3  Inglewood, CA 90305
Telephone: (310) 453-5053
4  Facsimile: (310) 306-7700
e-mail address: holly@veruslawgroup.com
5

6  Attorneys for Secured Creditor
PREMIER CAPITAL, LLC, as Assignee of
7  NC VENTURE I, L.P., a Delaware limited partnership

8

9  **UNITED STATES BANKRUPTCY COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE**

| | | |
|---|---|---|
| 11  In re: | ) | **CASE NO.: 6:23-bk-11360-WJ** |
| 12  DONALD MEINBERG, | ) ) | **CHAPTER 13** |
| 13 | ) ) | **DECLARATION OF MARK** |
|              Debtor. | ) | **SORSANAVONGSA IN SUPPORT OF** |
| 14 | ) ) | **SUPPLEMENTAL REPLY TO** |
| 15 | ) | **OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE** |

16

17                                                                Date:      **December 20, 2023**
Time:      **3:00 pm**
18  Place:      **Courtroom 304**
**3420 Twelfth St.**
19  **Riverside, CA 92501**

20
        I, Mark Sorsanavongsa, declare and state as follows:
21
        1.      I am Associate Vice President of Plaintiff Premier Capital, LLC, a Delaware
22
limited liability company ("PREMIER" or "Plaintiff"), as Assignee of NC VENTURE I, L.P., a
23
Delaware limited partnership, which is the original plaintiff and judgment creditor in this
24
action. I have been employed by PREMIER for over nine years. I am also one of the Custodian
25
of Records for PREMIER, and I am authorized to testify on behalf of PREMIER in this action.
26
My office is located at 175 Middlesex Turnpike, Suite 2F, Bedford, Massachusetts 01730. My
27
telephone number is (978) 22-1201. The matters set forth herein are based upon my personal
28

DECLARATION OF MARK SORSANAVONGSA IN SUPPORT OF SUPPLEMENTAL REPLY TO
OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE

knowledge, and upon the knowledge of the general operation and procedures of PREMIER, and its books and records. If called as a witness herein, I could and would testify competently to the contents of this Declaration of my own personal knowledge, except as to those matters which are stated on information and belief, which on information and belief, I believe them to be true.

2.    PREMIER is a secured creditor in this Bankruptcy proceeding. PREMIER filed it's Proof of Claim on June 13, 2023.

3.    On May 17, 2023, I appeared at the section 341(a) meeting of creditors for Debtor DONALD MEINBERG (the "Debtor").

4.    At the section 341 meeting of creditors, the Debtor testified to the following facts:

(i)    that he failed to list  on his Chapter 13 Petition and Schedules that he had an ownership interest in two (2) timeshare properties;

(ii)    that he failed to list on his Chapter 13 Petition and Schedules ownership of jewelry valued at $8,725.00;

(iii)    that he failed to list on his Chapter 13 Petition and Schedules income from his employment as clergy with Reflections Christian Fellowship Church, in Riverside, CA;

(iv)    that he failed to report on his Chapter 13 Petition and Schedules a cash inheritance he received in the amount of $90,000.00 within one year of his filing the instant Bankruptcy case; and

(v)    that he inflated his personal expenses on his Chapter 13 Petition and ` Schedules.

(5)    After the termination of the bankruptcy case filed by Linda K. Meinberg, the state court set an OSC re Sale of Dwelling for April 5, 2023. Debtor MEINBERG filed this case the evening of April 4, 2023.

///

///

2

**DECLARATION OF MARK SORSANAVONGSA IN SUPPORT OF SUPPLEMENTAL REPLY TO OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE**

1    I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.

3    Executed this 22nd day of November 2023, in Bedford, Massachusetts.

4

5                                    /s/ Mark Sorsanavongsa
                                     Mark Sorsanavongsa
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**DECLARATION OF MARK SORSANAVONGSA IN SUPPORT OF SUPPLEMENTAL REPLY TO
OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE**