**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DONALD MEINBERG,<br><br>Debtor. | Case No.: 6:23-bk-11360-WJ<br><br>Chapter 13<br><br>**SECOND SUPPLEMENTAL OPPOSITION TO MOTION TO DISMISS**<br><br><u>Hearing</u><br>Date: December 20, 2023<br>Time: 3:00 pm<br>Courtroom: 304 |

Debtor, Donald Meinberg, hereby submits the following second supplemental opposition to the motion of Premier Capital LLC to dismiss this case and to extend the bar against refiling.

**STATEMENT OF FACTS**

Since the prior supplement filed on October 25, 2023, Debtor has continued to try and resolve this debt without Court intervention and currently has an application pending to do a cash-out refinance of his property. See attached Declaration of Donald Meinberg. Debtor's Counsel has been in contact with Premier Capital's Counsel to work out the specifics of a settlement. Despite the fact that the Order for Sale lists the lien being in the amount of $130,058, Premier Capital is demanding no less than $160,000 payable prior to December 20th.

1

The Supplemental Reply filed by Premier Capital restates the prior complaints and now alleges a handful of new accusations which it urges the Court to construe as indicia of bad faith. To summarize:

1. <u>Debtor concealed property by failing to list an ownership interest in two timeshare properties.</u>

    The "timeshares" being referenced are not a timeshares. They are vacation exchange memberships which do not give members any ownership interest in property and do not create a continuing obligation (i.e., there is no property to list on Schedule B and no debt to list on Schedules D or E/F).

2. <u>Debtor concealed property by failing to list jewelry valued at $8,725.</u>

    As stated in Debtor's Declaration, he listed jewelry valued at $1,000 which he believes is the liquidation value of the jewelry owned by he and his wife.

3. <u>Debtor concealed income by failing to list income received from Reflections Christian Fellowship Church.</u>

    Debtor volunteers his time and work as a pastor and receives no compensation.

4. <u>Debtor concealed an inheritance.</u>

    Debtor received an inheritance of approximately $90,000 from his father's estate last year. However, most of this money was spent on normal living expenses. What remained was listed by virtue of listing his bank account and Wells Fargo IRA account.

5. <u>Debtor inflated his expenses in order to lower his proposed Chapter 13 payment.</u>

    The Supplemental Reply does not state which expenses are allegedly inflated, but it is clear that his expenses are very conservative. Attached hereto as Exhibit A is Debtor's Schedules I and J filed on April 18, 2023 as Docket #12.

Even if these accusations were true, Premier Capital does not allege *why* it would amount to bad faith. The term "bad faith" necessarily implies that an act or omission is done with a specific wrongful purpose. Debtor's plan proposed to pay 100% of claims – albeit subject to a lien avoidance. Even if Debtor's income was higher than stated or if he had non-exempt property, the plan payment still would have been $100. When Debtor obtained an appraisal that showed that his residence was worth more than previously believed, he filed a request for voluntary dismissal on the basis that he could not confirm a plan.

## **CONCLUSION**

As stated previously, the proper time to consider a subsequent bankruptcy is if and when that case is filed. The Bankruptcy Code has automatic safeguards to prevent bad faith filings. Due to the prior dismissal, the automatic stay that would arise in a subsequent filing would be limited to 30 days unless ordered otherwise. Hypothetically, if this motion did not show that Debtor had the ability to propose, confirm, and complete a Chapter 13 Plan, the Court would deny the motion and foreclosure proceedings could resume despite the pending bankruptcy. For the reasons stated previously and herein, it is respectfully requested that the Court deny Premier Capital's request for an extended bar against refiling.

**NEXUS BANKRUPTCY**

Date: December 13, 2023

BENJAMIN HESTON,
Attorney for Debtor

3

# **DECLARATION OF DONALD MEINBERG**

I, Donald Meinberg, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. Since I sought the dismissal of my Chapter 13 case, I have been trying to refinance my residence to resolve or settle Premier Capital's judgment lien.

3. My attorney spoke to a loan officer with EZ Mortgages and provided him with my financial information and relevant documents. The quotes I received were high-interest and not within my budget.

4. I then spoke to a colleague who I know through work, Joey Roquet, who is the vice president of Secure Choice Lending. I submitted an application which is currently in underwriting. I have been told that my odds are good that the application will be approved, but I do not currently know the amount that I would be approved for. I requested a letter from Secure Choice Lending showing the status of my application which is attached hereto as Exhibit B.

5. I do not own any timeshare properties. I have a membership with Alderwood Resort Management and Club Wyndham for vacation packages, but this does not include ownership of any property and it does not require any continuing obligations.

6. My wife and I own approximately $1,000 worth of jewelry which I listed on my Schedule B.

7. I do not receive any income for my work as a pastor for Reflections Christian Fellowship Church.

8. I received an inheritance from my father's estate in 2022 which I deposited into my bank account and an IRA account, both of which are listed on my schedules.

4

The money from this inheritance was spent on normal living expenses and helped me stay afloat.

9. I did not inflate any of the expenses listed on Schedule J. Since the Supplemental Reply does not specify which expenses were inflated, I have reviewed my Schedule J and believe that all of the expenses listed are accurate and reasonable.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 13, 2023

_____
DONALD MEINBERG

# EXHIBIT A

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | __Donald__   __Meinberg__ | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse, if filing) | _____ | |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | __Central District of California__ | |
| Case number (if known) | __6:23-bk-11360-WJ__ | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed  ☐ Not Employed | ☑ Employed  ☐ Not Employed |
| Occupation | Account manager | Administrator |
| Employer's name | ServiceMaster EMT | Reflections Christian Fellowship |
| Employer's address | 500 Sequoia | 15310 Corsica Ave |
| | Number Street | Number Street |
| | Ontario, CA 91761 | Riverside, CA 92506-5788 |
| | City   State   Zip Code | City   State   Zip Code |
| How long employed there? | 4 years | 12 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.  $4,920.58 | $1,460.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $4,920.58 | $1,460.00 |

Official Form 106I   **Schedule I: Your Income**   page 1

| Debtor 1 | Donald | Meinberg | Case number *(if known)* 6:23-bk-11360-WJ |
|---|---|---|---|
| | First Name  Middle Name | Last Name | |

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here............................................................................→ | 4. | $4,920.58 | $1,460.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $888.37 | $125.74 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $49.21 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $937.58 | $125.74 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $3,983.00 | $1,334.26 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $3,983.00 + $1,334.26 | = $5,317.26 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. + | | $0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | | $5,317.26 **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Donald** _____ **Meinberg** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | _____ |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known) | **6:23-bk-11360-WJ** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |
   | _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.    $1,288.18 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a.    $450.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b.    $120.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c.    $250.00 |
| | 4d. Homeowner's association or condominium dues | 4d.    $0.00 |

Official Form 106J                    **Schedule J: Your Expenses**                    page **1**

| Debtor 1 | **Donald** | | **Meinberg** | Case number *(if known)* 6:23-bk-11360-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $383.72 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $200.00 |
| | 6b. Water, sewer, garbage collection | 6b. $160.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $200.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $850.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $150.00 |
| 10. | **Personal care products and services** | 10. $80.00 |
| 11. | **Medical and dental expenses** | 11. $150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $100.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: _____ | 17c. $0.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **Donald** | | **Meinberg** | Case number *(if known)* 6:23-bk-11360-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____    21.    + $0.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a.    $5,181.90

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $5,181.90

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.    $5,317.26

   23b. Copy your monthly expenses from line 22c above.    23b.    − $5,181.90

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*    23c.    $135.36

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.    None
   ☐ Yes.

Official Form 106J    **Schedule J: Your Expenses**    page **3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B



To Whom It May Concern:

We are currently doing a cash out refinance for Don Meinberg. The file is in Underwriting and we do not foresee any qualifying issues in his file. We expect to close before Christmas.

For any questions or concerns, please feel free to contact me @ 9512125699.

Thank you,

Joey Roquet
Vice President
NMLS# 913215

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **SECOND SUPPLEMENTAL OPPOSITION TO MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)   notice-efile@rodan13.com
Natalie E Lea   Natalie.Lea@Bonialpc.com
Mukta Suri   Mukta.Suri@BonialPC.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
Holly Walker   holly@veruslawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/13/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**