# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, December 20, 2023**       **Hearing Room**    **304**

**3:00 PM**
**6:23-11360**     **Donald Meinberg**       **Chapter 13**

#35.00     Hrg re motion to dismiss chapter 13 case on the grounds that it was filed in bad faith

FROM: 9-6-23, 9-18-23

Docket    32

**Matter Notes:**

PRESENT: M. STROM
          B. HESTON

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(X) Continued to  2/7/24 At 3:00 pm.

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, December 20, 2023**     **Hearing Room 304**

3:00 PM
**CONT... Donald Meinberg**     **Chapter 13**

**Tentative Ruling:**

| Party Information |
|---|

**Debtor(s):**

Donald Meinberg     Represented By
    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se