1  **VERUS LAW GROUP, APC**
Holly Walker, Bar No.: 178356
2  Mark N. Strom, Bar No.: 134443
2623 West Manchester Blvd.
3  Inglewood, CA 90305
Telephone: (310) 453-5053
4  Facsimile: (310) 306-7700
e-mail address: holly@veruslawgroup.com
5

6  Attorneys for Secured Creditor
PREMIER CAPITAL, LLC, as Assignee of
7  NC VENTURE I, L.P., a Delaware limited partnership

8

9  **UNITED STATES BANKRUPTCY COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE**

11  In re:                                      )   **CASE NO.: 6:23-bk-11360-WJ**
                                                )
12  DONALD MEINBERG,                            )   **CHAPTER 13**
                                                )
13                                              )   **DECLARATION OF HOLLY WALKER**
                   Debtor.                      )   **IN SUPPORT OF SECOND**
14                                              )   **SUPPLEMENTAL REPLY TO**
                                                )   **OPPOSITION TO MOTION TO**
15  _____    )   **DISMISS CHAPTER 13 CASE**

16

17                                          **Date:      February 7, 2024**
                                            **Time:      3:00 pm**
18                                          **Place:     Courtroom 304**
                                                        **3420 Twelfth St.**
19                                                      **Riverside, CA 92501**

20

21                            DECLARATION OF HOLLY WALKER

22          I, Holly Walker, declare as follows:

23          1       I am an attorney licensed to practice before the United States District Court for

    the Central District of California and am associated with Verus Law Group, APC, attorneys of
24
    record for Secured Creditor PREMIER CAPITAL, LLC, ("PREMIER"). The facts set forth in this
25
    Declaration are personally known to me and I have first hand knowledge of the same.  If
26
    called as a witness, I could and wold competently testify thereto.
27
            2.      As an attorney for PREMIER, I have custody of PREMIER's litigation file.  The
28

                                                    1
    **DECLARATION OF HOLLY WALKER IN SUPPORT OF SECOND SUPPLEMENTAL REPLY TO**
    **OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE**

1    case litigation file is customarily kept by Verus Law Group to litigate the firm's case load.

2    Each lawsuit has its own litigation file, and the firm's staff is under a duty to maintain it in a

3    current and orderly manner, including all documents provided by our clients, including

4    PREMIER.  The case litigation file is maintained by this office in the ordinary course of

5    business and I have first hand knowledge of the contents therein.  All documents received in

6    connection with the firm's litigation matters are put into case litigation files at or near the time

7    of receipt.  Those matters stated herein which are not reliant on the contents of this action's

8    case litigation file are personally known to me and I have first hand knowledge of the same.  If

9    called as a witness herein, I could and would testify competently to the contents of this

10    declaration of my own personal knowledge.

11          3.      Attached hereto as Exhibit "A" is a true and correct copy of the transcript of the

12    341(a) examination of Debtor DONALD MEINBERG held on May 17, 2023. This transcript was

13    prepared at my request by LitiCourt Corporation. The process of preparing the transcript was

14    initiated by me. I obtained a factory-sealed CD from Amazon.com. I sent the factory-sealed CD

15    to the US Trustee's office at 3801 University Ave., Suite 720, Riverside, CA 92501, along with

16    the 341(a) Meeting of Creditors Audio Recording Request form requesting an audio recording

17    of the examination of DONALD MEINBERG be prepared by the US Trustee.

18          4.      The Trustee's office returned the CD to me with the audio recording of the

19    314(a) of the Debtor. Upon my receipt of the CD from the Trustee's office, I sent it for

20    transcription to LitiCourt Corporation, 222 N. Pacific Coast Highway, #2000, El Segundo, CA

21    90245.

22          5.      Attached hereto as Exhibit "B" is a true and correct copy of a Claim of

23    Exemption filed by Debtor DONALD MEINBERG in the office of the Riverside County Sheriff

24    on or about October 29, 2021.

25          6.      With reference to inflated expenses, this was included in Mr. Sorsanavongsa's

26    declaration through the inadvertence of counsel. It is a reference to the fact that the Debtor's

27    expenses are listed in an amount $337 greater than his spouse's bankruptcy which was filed in

28    the previous year. (Attached at Exhibit "C" are true and correct copies of the Debtor's

3

Schedule J as well as that of his spouse.) This was not intended by Mr. Sorsanavongsa to be included in his declaration and was overlooked when he reviewed the declaration, which was prepared by counsel. In preparing the declaration, counsel inadvertently added this, which was part of Mr. Sorsanavongsa's analysis, but not part of the Debtor's 341(a) testimony.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of February 2024, at Inglewood, California.

_____
Holly Walker

**DECLARATION OF HOLLY WALKER IN SUPPORT OF SECOND SUPPLEMENTAL REPLY TO OPPOSITION TO MOTION TO DISMISS CHAPTER 13 CASE**

# EXHIBIT "A"

Donald Meinberg (2023-05-17)

| | |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE |
| 3 | |
| 4 | In re:                        ) |
| 5 | DONALD MEINBERG,               ) Case No. 6:23-bk-11360-WJ |
| 6 |              Debtor.          ) |
| 7 | _____) |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | TRANSCRIPT OF RECORDED PROCEEDINGS |
| 15 | Wednesday, May 17, 2023 |
| 16 | "2. Meinberg #23-11360-WJ.m4a" |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Transcribed by:  Nancy L. Grube |
|  |               California CSR No. 3446 |
| 25 | LitiCourt Job No. 206203 |

Donald Meinberg (2023-05-17)

1    TRUSTEE:  Donald Meinberg, case No. 2311360.

2    MR. HESTON:  Should I state my appearance?  Sorry.

3  This is Ben Heston appearing on behalf of the debtor.

4    TRUSTEE:  Okay, thank you.

5        And the creditor that is here, can you go ahead

6  and state your name, please?

7    MR. SORSANAVONGSA:  Yes.  It is Mark Sorsanavongsa

8  La Voncha from Premier Capital.

9    TRUSTEE:  Okay, thank you.

10        All right.  Mr. Meinberg, if you could please

11  raise your right hand.

12        And do you, under penalty of perjury, that the

13  testimony you are about to give is the truth, the whole

14  truth and nothing but the truth?

15    THE WITNESS:  Yes.

16    TRUSTEE:  Thank you.  Please state your name for the

17  record.

18    THE WITNESS:  Donald Meinberg.

19    TRUSTEE:  All right, thank you.

20        And we did receive copies of a California

21  driver's license and W2 form, and the numbers do match

22  the petition plan payment, and we will come back to that.

23  Mortgage payment, we will come back to that.

24        We will interlineate the tax refunds.

25        Are you purchasing or leasing any vehicles?

Donald Meinberg (2023-05-17)

1      THE WITNESS:  I am not purchasing or leasing any

2  vehicles, no.

3      TRUSTEE:  Okay.  And is the address that you listed

4  on your papers, is that your current residence?

5      THE WITNESS:  Yes, ma'am.

6      TRUSTEE:  And did you personally sign your papers?

7      THE WITNESS:  Yes, ma'am.

8      TRUSTEE:  And are you aware of the information on

9  your papers?

10      THE WITNESS:  Yes, ma'am.

11      TRUSTEE:  And is everything true and correct?

12      THE WITNESS:  Yes ma'am.

13      TRUSTEE:  Did you list all of your assets?

14      THE WITNESS:  Yes, I did.

15      TRUSTEE:  Did you list all of your creditors?

16      THE WITNESS:  Yes, I did.

17      TRUSTEE:  Have you ever filed bankruptcy before?

18      THE WITNESS:  No.

19      TRUSTEE:  Do you -- okay.  Do you owe any child

20  support or alimony?

21      THE WITNESS:  No.

22      TRUSTEE:  Have you filed all tax returns that you

23  are required to file?

24      THE WITNESS:  Yes, ma'am.

25      TRUSTEE:  All right.  I do see the 2022 scanned in,

Donald Meinberg (2023-05-17)

 1  thank you.

 2          An employment address is on Schedule I.  Okay.

 3  So, Ben, I know that you got the list.  Oh, did you get

 4  my e-mail this morning that I mailed back to you?

 5      MR. HESTON:  Oh, no.

 6      TRUSTEE:  Okay.  So I looked at the dec that you

 7  filed today, and it doesn't have anything attached to it.

 8      MR. HESTON:  It's the proof that -- yeah.

 9      TRUSTEE:  Yeah.

10      MR. HESTON:  Yeah, we'll refile it with the --

11      TRUSTEE:  Okay, yeah.  You can get that done this

12  morning.  Thank you.

13          And then you said you had a question.  You can

14  talk later about the plan, the amended plan, that's fine.

15  And then the 522(F) motion.

16          Let me see.  Oh, okay.  So the 2016(B) says

17  that you didn't have -- get any fees paid up front.  Is

18  that accurate?

19      MR. HESTON:  There was some money that was paid up

20  front, but that was to cover -- I believe they set it up

21  so there was a filing fee and then some fees from

22  Mr. Meinberg's wife's bankruptcy that I did last year.

23      TRUSTEE:  Okay.

24      MR. HESTON:  But nothing towards this case, though.

25      TRUSTEE:  Okay.  So the SOFA on No. 16, it says that

Donald Meinberg (2023-05-17)

1    1,375.95 was paid for a filing fee, credit report and

2    attorney fees.  So I was verifying --

3        MR. HESTON:  Got it, so I should change that?

4    Should I amend that?

5        TRUSTEE:  Well, I mean, you don't have to amend the

6    SOFA, but I guess I want to verify that you really didn't

7    get anything up front.

8        MR. HESTON:  Correct, yeah.  Nothing, yeah.

9        TRUSTEE:  And I'm going to get like some creditors

10   in a moment, but just for my -- wait, actually, for the

11   creditor, Premier Capital.  Is that an unsecured debt or

12   what is Premier Capital?

13       MR. SORSANAVONGSA:  We are a secured debt through a

14   judgment lien.  That was also adjudicated in

15   Ms. Meinberg's bankruptcy, prior bankruptcy, Linda

16   Meinberg's bankruptcy.

17       MR. HESTON:  Premier Capital and NC Venture, Premier

18   Capital is the assignee of the NC Venture.

19       TRUSTEE:  Okay, okay.  But I have (indiscernable)

20   start up, okay, so that's the creditor.

21       So I'm just going to say -- well, I know you call it

22   NC Venture, that's what it says, okay, so same creditor.

23           So I'm just -- why is that creditor -- I know

24   you are intending to do a 522(F) on that one, but why is

25   that not part of the class 5 calculation?

Donald Meinberg (2023-05-17)

| | |
|---|---|
| 1 | MR. HESTON:  Because the community discharges make |
| 2 | it unenforceable. |
| 3 | TRUSTEE:  Okay.  That's what I was guessing  you |
| 4 | were going to say.  I wasn't sure. All right. |
| 5 | And then my next question is why -- why isn't |
| 6 | this a Chapter 7, just do the avoiding there? |
| 7 | MR. HESTON:  Umm. |
| 8 | TRUSTEE:  Why do you need the 13? |
| 9 | MR. HESTON:  Well, because if there is anything |
| 10 | remaining, you know, if it comes down to it and there is |
| 11 | something remaining that is secured, then Chapter 13 |
| 12 | would allow that to be paid over five years. |
| 13 | TRUSTEE:  Okay.  But at this point you have -- let |
| 14 | me see, you have -- you are paying basically like a few |
| 15 | hundred dollars of unsecured and your attorney fees, and |
| 16 | that's it in the plan, right?  Is that basically it? |
| 17 | MR. HESTON:  Yeah, until we figure out the 522 |
| 18 | motion, yes. |
| 19 | TRUSTEE:  Okay.  So go ahead creditor -- I'm sorry, |
| 20 | I forgot your name. |
| 21 | MR. SORSANAVONGSA:  That's fine.  You can just call |
| 22 | me Mark -- |
| 23 | TRUSTEE:  Okay, Mark. |
| 24 | MR. SORSANAVONGSA:  And I will jump in and thank |
| 25 | you. |

Donald Meinberg (2023-05-17)

1    TRUSTEE:  Go ahead with your objections.

2    MR. SORSANAVONGSA:  Thank you.

3        Don, you got a $90,000 inheritance.  Can you

4    please tell us when you received it and what you spent

5    the money on?

6    THE WITNESS:  The inheritance was early last year

7    and the money was spent on outstanding bills.

8    MR. SORSANAVONGSA:  Okay.  So is that within the

9    last year -- within the last 12 months you received it

10   and you have spent it?

11   THE WITNESS:  Yes, sir, that's correct.

12   MR. SORSANAVONGSA:  Is there a paper trail?

13   THE WITNESS:  For every dollar?

14   MR. SORSANAVONGSA:  For the majority of the money?

15   THE WITNESS:  Yes, sir.

16   MR. SORSANAVONGSA:  Okay.  Don, you are an author of

17   multiple books, correct?

18   THE WITNESS:  I'm an author of one book that has

19   four -- it's four books into one.

20   MR. SORSANAVONGSA:  Okay.  Do you receive any income

21   from the sale of those books, and how do you receive the

22   income?

23   THE WITNESS:  I have not received any income from

24   those books in the last -- since pre-cOVID.

25   MR. SORSANAVONGSA:  Okay.  In a prior claim of

Donald Meinberg (2023-05-17)

1   exemption you had listed that you received a car

2   allowance.  Can you please tell us which employer was

3   giving you a car allowance?

4       THE WITNESS:  Yes, it was next -- it was Service

5   Master Emergency Management Team.

6       MR. SORSANAVONGSA:  Okay.  And in your claim of

7   exemption you also listed income with Reflections

8   Christian Fellowship.  Are you still receiving that

9   income?

10      THE WITNESS:  No.

11      MR. SORSANAVONGSA:  When did you stop receiving that

12  income?

13      THE WITNESS:  20 -- it was pre-COVID because the

14  church was struggling with finance, 2017, 2018.

15      MR. SORSANAVONGSA:  And in the claim of exemption

16  you had also listed that you had $8,725 worth of jewelry.

17  In your bankruptcy petition you listed only $1,000 worth

18  of jewelry.  Can you please explain the difference?

19      THE WITNESS:  No, I don't -- I don't recall putting

20  -- what we put for the original exemption.  So, no, I

21  don't -- I don't recall.

22      MR. SORSANAVONGSA:  As it stands today then, how

23  much in jewelry do you have?

24      THE WITNESS:  I -- I -- I -- I -- most of the

25  jewelry that my wife had.  I have zero, I have zero je-

Donald Meinberg (2023-05-17)

1  -- well, I have my watch and I have my wedding ring.  I

2  don't wear jewelry, I don't own jewelry.  I have nothing.

3      MR. SORSANAVONGSA:  Have you or your of wife sold

4  any jewelry within the last two years?

5      THE WITNESS:  No, sir.

6      MR. SORSANAVONGSA:  In your wife's bankruptcy you

7  had listed two time shares, one, 183 Lagunita Lane, in

8  Bear Lake, California and two, 620 Lake Havasu City in

9  Arizona.  Do you still own those time shares?

10     THE WITNESS:  Yes.

11     MR. SORSANAVONGSA:  What is the value of those time

12 shares, please?

13     THE WITNESS:  Um, I've been trying to sell them for

14 a long time.  They have no -- minimum, I'm going to say.

15 I have had a couple of time share-type companies try to

16 sell them.  They just don't have any value today.

17     MR. SORSANAVONGSA:  How long are the time shares

18 for?

19     THE WITNESS:  One week, one fixed week.

20     MR. SORSANAVONGSA:  You state that you are one of --

21 sorry, Ms. Trustee, do you want to jump in?

22     TRUSTEE:  Yeah, I was just going to jump in.  So

23 normally we just allow the creditor to have like a few

24 minutes of questions.  So I'll give you two more minutes

25 and then we will have to move on.  So I'm sorry, so.

Donald Meinberg (2023-05-17)

1      MR. SORSANAVONGSA:  No, thank you so much for your

2  time.

3      TRUSTEE:  Sure.

4      MR. SORSANAVONGSA:  Don, you listed that you are 100

5  percent owner of Reflections Christian Fellowship.  Can

6  you tell us how much you get paid from the church and

7  what does the church own?

8      THE WITNESS:  First of all, I don't own any part of

9  the church.  It's a community church that I'm pastor of

10  the church.  I don't have any assets.  We don't own a

11  building.  We have no building, no assets whatsoever.  We

12  rent a small little banquet hall in the city of Perris.

13  I don't own the church.  I am the pastor of the --

14      MR. SORSANAVONGSA:  Does the church pay any of your

15  expenses or has paid church made any of your expenses in

16  the past?

17      THE WITNESS:  No.

18      MR. SORSANAVONGSA:  Do you have signatory authority

19  over the bank accounts of the church?

20      THE WITNESS:  I -- there are multiple people that

21  have signatory authority of the church.

22      MR. SORSANAVONGSA:  Are you one of those people?

23      THE WITNESS:  Yes.

24      MR. SORSANAVONGSA:  Okay.

25      THE WITNESS:  But I cannot -- I cannot spend any

Donald Meinberg (2023-05-17)

1   money without approval of the board of leaders of the

2   church.

3        MR. SORSANAVONGSA:  All right.  And those accounts

4   are -- they are not listed on your bankruptcy petition,

5   correct?

6        THE WITNESS:  I don't own it, so yeah, no, the

7   answer is no.

8        MR. SORSANAVONGSA:  You have signatory authority

9   over them, though, correct?  Yes or no, please.

10       THE WITNESS:  No, I have -- I'm on one signatory

11  authority over it.

12       MR. SORSANAVONGSA:  Thank you.  You had also listed

13  $400 in monthly charitable contributions.  Where did

14  those go and how are those charitable contributions made?

15  Via check, other form?

16       THE WITNESS:  Yes.

17       MR. SORSANAVONGSA:  Yes, to what, Mr. Meinberg?

18       THE WITNESS:  Yes to -- I donate money to my church

19  and I do it based on check, money order, cash, whatever I

20  have that's convenient.

21       MR. SORSANAVONGSA:  Okay.  So that -- you make

22  donations to the church that you are a pastor of,

23  correct?

24       THE WITNESS:  That is correct.

25       TRUSTEE:  Okay.  Questions --

Donald Meinberg (2023-05-17)

1    MR. SORSANAVONGSA:  And you don't receive any

2  payment for your services as pastor, correct?

3    THE WITNESS:  Well, to be honest I did.  But

4  everything change pre-COVID.  I mean, excuse me,

5  everything changed at COVID.  The church moved.  The

6  church reduced extremely much.  The church almost fell

7  apart.  And so the church ran out of money, so I guess

8  the answer to your question is, no.

9    TRUSTEE:  Uhm --

10    MR. SORSANAVONGSA:  All right. One parting question

11  because I know I'm running short on time.

12    TRUSTEE:  Yeah, yeah.  One last line and then we got

13  to go on, we have got to move on.

14    MR. SORSANAVONGSA:  Thank you.

15        You recently listed a $10,000 IRA at PNC Bank.

16  When was this IRA funded because it was not previously

17  listed in Linda's bankruptcy.

18    THE WITNESS:  It was last year.

19    MR. SORSANAVONGSA:  Within the last 12 months?

20    THE WITNESS:  Um, this is May, right around 12

21  months, yeah.

22    MR. SORSANAVONGSA:  Where did the money come from?

23    THE WITNESS:  That was -- that was the last part of

24  the money from the inheritance.

25    TRUSTEE:  Okay.  So if you need further questions

Donald Meinberg (2023-05-17)

1    you have got to do an exam.  But I am going to stop the

2    questions.  Sorry.  Usually you justget a few minutes,

3    so.

4         MR. HESTON:  Thank you so much.

5         TRUSTEE:  Sure, sure.

6              Some the answers that your debtor gave -- so

7    you need to amend the A/B to add the time shares?  There

8    are not on the A/B?

9         MR. HESTON:  Oh, okay.  Yeah, I will put them on

10   there.

11        ARBITRATOR:  And just, if you can verify, I don't

12   know, I guess it was on the other bankruptcy, but if it's

13   -- if it's something where it's just her name or

14   something, just make sure that everything is listed in

15   your name and her name only, and all that stuff.  Okay.

16        MR. HESTON:  Yeah.

17        TRUSTEE:  Okay, so getting back to -- okay, so you

18   guys are going to the updated dec for the mortgage

19   payments, mortgage payment proof, first and second.  And

20   then plan payment.  All right.  So I saw the TFS that

21   started I guess on the 15th, so it's not going to work

22   because it won't close until next week.  So if your

23   debtor does moneygram today that will work like ASAP.

24   Otherwise the other one is not going to work.

25        MR. HESTON:  Okay.

Donald Meinberg (2023-05-17)

1      TRUSTEE:  Okay?  So if I don't get that payment

2  today I will file an objection and ask for a dismissal,

3  but if you do a moneygram, that would be fine.

4      MR. HESTON:  Okay.

5      TRUSTEE:  Then you file that, then the only issue

6  would be -- I mean obviously you are going to do the

7  522(F) for Premier Capital and NC Venture, so depending

8  on the outcome of that, will, you know, either will make

9  or break this case, obviously because if for some reason

10  the 522(F) can happen, then the plan would be infeasible

11  and then it would have to be dismissed.  So, right.

12      MR. HESTON:  Okay.

13      TRUSTEE:  That's fine.  Okay.  Thank you everybody.

14

15

16

17

18

19

20

21

22

23

24

25

Donald Meinberg (2023-05-17)

1    STATE OF CALIFORNIA          )
                                  ) ss:
2    COUNTY OF LOS ANGELES        )

3

4          I, NANCI L. GRUBE, do hereby certify:

5          That I am a duly qualified Certified Shorthand

6    Reporter, for the State of California, holder of

7    certificate number 3446, which is in full force and

8    effect;

9          That the foregoing pages contain a full,

10   true and accurate transcription of an audio file named

11   "2. Meinberg #23-11360-WJ.m4a" subject to the quality of

12   the recording, to the best of my skill and ability;

13         I further certify that I am not a relative or

14   employee or attorney or counsel of any of the parties,

15   nor am I a relative or employee of such attorney or

16   counsel, nor am I financially interested in the outcome

17   of this action.

18         IN WITNESS WHEREOF, I have subscribed my name

19   this  5th  day of _____February_____ , __2024__ .

20

21

22   _____

23        NANCI L. GRUBE, CSR No. 3446

24

25

Donald Meinberg (2023-05-17)

## WORD INDEX

**< $ >**
**$1,000**  8:17
**$10,000**  12:15
**$400**  11:13
**$8,725**  8:16
**$90,000**  7:3

**< 1 >**
**1,375.95**  5:1
**100**  10:4
**12**  7:9  12:19, 20
**13**  6:8, 11
**15th**  13:21
**16**  4:25
**17**  1:15
**183**  9:7

**< 2 >**
**2**  1:16  15:11
**20**  8:13
**2016(B**  4:16
**2017**  8:14
**2018**  8:14
**2022**  3:25
**2023**  1:15
**206203**  1:25
**2311360**  2:1
**23-11360-WJ.m4a**
  1:16  15:11

**< 3 >**
**3446**  1:24  15:7, 23

**< 5 >**
**5**  5:25
**522**  6:17
**522(F**  4:15  5:24
  14:7, 10

**< 6 >**
**6:23-bk-11360-WJ**
  1:5
**620**  9:8

**< 7 >**
**7**  6:6

**< A >**
**A/B**  13:7, 8
**ability**  15:12
**accounts**  10:19
  11:3
**accurate**  4:18
  15:10
**action**  15:17
**add**  13:7
**address**  3:3  4:2
**adjudicated**  5:14
**ahead**  2:5  6:19  7:1
**alimony**  3:20
**allow**  6:12  9:23
**allowance**  8:2, 3
**amend**  5:4, 5  13:7
**amended**  4:14
**ANGELES**  15:2
**answer**  11:7  12:8
**answers**  13:6
**apart**  12:7
**appearance**  2:2
**appearing**  2:3
**approval**  11:1
**ARBITRATOR**
  13:11
**Arizona**  9:9
**ASAP**  13:23
**assets**  3:13  10:10,
  11
**assignee**  5:18
**attached**  4:7
**attorney**  5:2  6:15
  15:14, 15
**audio**  15:10
**author**  7:16, 18
**authority**  10:18, 21
  11:8, 11
**avoiding**  6:6
**aware**  3:8

**< B >**
**back**  2:22, 23  4:4
  13:17
**bank**  10:19  12:15
**BANKRUPTCY**
  1:1  3:17  4:22

5:15, 16  8:17  9:6
  11:4  12:17  13:12
**banquet**  10:12
**based**  11:19
**basically**  6:14, 16
**Bear**  9:8
**behalf**  2:3
**believe**  4:20
**Ben**  2:3  4:3
**best**  15:12
**bills**  7:7
**board**  11:1
**book**  7:18
**books**  7:17, 19, 21,
  24
**break**  14:9
**building**  10:11

**< C >**
**calculation**  5:25
**CALIFORNIA**  1:2,
  24  2:20  9:8  15:1, 6
**call**  5:21  6:21
**Capital**  2:8  5:11,
  12, 17, 18  14:7
**car**  8:1, 3
**Case**  1:5  2:1  4:24
  14:9
**cash**  11:19
**CENTRAL**  1:2
**certificate**  15:7
**Certified**  15:5
**certify**  15:4, 13
**change**  5:3  12:4
**changed**  12:5
**Chapter**  6:6, 11
**charitable**  11:13, 14
**check**  11:15, 19
**child**  3:19
**Christian**  8:8  10:5
**church**  8:14  10:6,
  7, 9, 10, 13, 14, 15,
  19, 21  11:2, 18, 22
  12:5, 6, 7
**City**  9:8  10:12
**claim**  7:25  8:6, 15
**class**  5:25
**close**  13:22

**come**  2:22, 23
  12:22
**comes**  6:10
**community**  6:1
  10:9
**companies**  9:15
**contain**  15:9
**contributions**  11:13,
  14
**convenient**  11:20
**copies**  2:20
**correct**  3:11  5:8
  7:11, 17  11:5, 9, 23,
  24  12:2
**counsel**  15:14, 16
**COUNTY**  15:2
**couple**  9:15
**COURT**  1:1
**cover**  4:20
**COVID**  12:5
**credit**  5:1
**creditor**  2:5  5:11,
  20, 22, 23  6:19  9:23
**creditors**  3:15  5:9
**CSR**  1:24  15:23
**current**  3:4

**< D >**
**day**  15:19
**debt**  5:11, 13
**Debtor**  1:6  2:3
  13:6, 23
**dec**  4:6  13:18
**depending**  14:7
**difference**  8:18
**discharges**  6:1
**dismissal**  14:2
**dismissed**  14:11
**DISTRICT**  1:2
**dollar**  7:13
**dollars**  6:15
**Don**  7:3, 16  10:4
**DONALD**  1:5  2:1,
  18
**donate**  11:18
**donations**  11:22
**driver's**  2:21
**duly**  15:5

Donald Meinberg (2023-05-17)

**< E >**
early  7:6
effect  15:8
either  14:8
e-mail  4:4
Emergency  8:5
employee  15:14, 15
employer  8:2
employment  4:2
everybody  14:13
exam  13:1
excuse  12:4
exemption  8:1, 7, 15, 20
expenses  10:15
explain  8:18
extremely  12:6

**< F >**
fee  4:21  5:1
fees  4:17, 21  5:2 6:15
fell  12:6
Fellowship  8:8 10:5
figure  6:17
file  3:23  14:2, 5 15:10
filed  3:17, 22  4:7
filing  4:21  5:1
finance  8:14
financially  15:16
fine  4:14  6:21 14:3, 13
First  10:8  13:19
five  6:12
fixed  9:19
force  15:7
foregoing  15:9
forgot  6:20
form  2:21  11:15
four  7:19
front  4:17, 20  5:7
full  15:7, 9
funded  12:16
further  12:25  15:13

**< G >**
getting  13:17
give  2:13  9:24
giving  8:3
go  2:5  6:19  7:1 11:14  12:13
going  5:9, 21  6:4 9:14, 22  13:1, 18, 21, 24  14:6
Grube  1:24  15:4, 23
guess  5:6  12:7 13:12, 21
guessing  6:3
guys  13:18

**< H >**
hall  10:12
hand  2:11
happen  14:10
Havasu  9:8
HESTON  2:2, 3 4:5, 8, 10, 19, 24 5:3, 8, 17  6:1, 7, 9, 17  13:4, 9, 16, 25 14:4, 12
holder  15:6
honest  12:3
hundred  6:15

**< I >**
income  7:20, 22, 23 8:7, 9, 12
indiscernable  5:19
infeasible  14:10
information  3:8
inheritance  7:3, 6 12:24
intending  5:24
interested  15:16
interlineate  2:24
IRA  12:15, 16
issue  14:5

**< J >**
je  8:25
jewelry  8:16, 18, 23, 25  9:2, 4

**Job**  1:25
judgment  5:14
jump  6:24  9:21, 22
justget  13:2

**< K >**
know  4:3  5:21, 23 6:10  12:11  13:12 14:8

**< L >**
La  2:8
Lagunita  9:7
Lake  9:8
Lane  9:7
leaders  11:1
leasing  2:25  3:1
license  2:21
lien  5:14
Linda  5:15
Linda's  12:17
line  12:12
list  3:13, 15  4:3
listed  3:3  8:1, 7, 16, 17  9:7  10:4  11:4, 12  12:15, 17  13:14
LitiCourt  1:25
little  10:12
long  9:14, 17
looked  4:6
LOS  15:2

**< M >**
ma'am  3:5, 7, 10, 12, 24
mailed  4:4
majority  7:14
Management  8:5
Mark  2:7  6:22, 23
Master  8:5
match  2:21
mean  5:5  12:4 14:6
MEINBERG  1:5, 16  2:1, 10, 18 11:17  15:11
Meinberg's  4:22 5:15, 16

**minimum**  9:14
minutes  9:24  13:2
moment  5:10
money  4:19  7:5, 7, 14  11:1, 18, 19 12:7, 22, 24
moneygram  13:23 14:3
monthly  11:13
months  7:9  12:19, 21
morning  4:4, 12
Mortgage  2:23 13:18, 19
motion  4:15  6:18
move  9:25  12:13
moved  12:5
multiple  7:17  10:20

**< N >**
name  2:6, 16  6:20 13:13, 15  15:18
named  15:10
NANCI  15:4, 23
Nancy  1:24
NC  5:17, 18, 22 14:7
need  6:8  12:25 13:7
normally  9:23
number  15:7
numbers  2:21

**< O >**
objection  14:2
objections  7:1
obviously  14:6, 9
Oh  4:3, 5, 16  13:9
Okay  2:4, 9  3:3, 19 4:2, 6, 11, 16, 23, 25 5:19, 20, 22  6:3, 13, 19, 23  7:8, 16, 20, 25  8:6  10:24 11:21, 25  12:25 13:9, 15, 17, 25 14:1, 4, 12, 13
order  11:19
original  8:20

Donald Meinberg (2023-05-17)

**outcome** 14:*8* 15:*16*
**outstanding** 7:*7*
**owe** 3:*19*
**owner** 10:*5*

**< P >**
**pages** 15:*9*
**paid** 4:*17, 19* 5:*1*
6:*12* 10:6, *15*
**paper** 7:*12*
**papers** 3:*4, 6, 9*
**part** 5:*25* 10:*8*
12:*23*
**parties** 15:*14*
**parting** 12:*10*
**pastor** 10:*9, 13*
11:*22* 12:*2*
**pay** 10:*14*
**paying** 6:*14*
**payment** 2:*22, 23*
12:*2* 13:*19, 20* 14:*1*
**payments** 13:*19*
**penalty** 2:*12*
**people** 10:*20, 22*
**percent** 10:*5*
**perjury** 2:*12*
**Perris** 10:*12*
**personally** 3:*6*
**petition** 2:*22* 8:*17*
11:*4*
**plan** 2:*22* 4:*14*
6:*16* 13:*20* 14:*10*
**please** 2:*6, 10, 16*
7:*4* 8:*2, 18* 9:*12*
11:*9*
**PNC** 12:*15*
**point** 6:*13*
**pre-cOVID** 7:*24*
8:*13* 12:*4*
**Premier** 2:*8* 5:*11,*
*12, 17* 14:*7*
**previously** 12:*16*
**prior** 5:*15* 7:*25*
**PROCEEDINGS**
1:*14*
**proof** 4:*8* 13:*19*
**purchasing** 2:*25*
3:*1*

**put** 8:*20* 13:*9*
**putting** 8:*19*

**< Q >**
**qualified** 15:*5*
**quality** 15:*11*
**question** 4:*13* 6:*5*
12:*8, 10*
**questions** 9:*24*
11:*25* 12:*25* 13:*2*

**< R >**
**raise** 2:*11*
**ran** 12:*7*
**really** 5:*6*
**reason** 14:*9*
**recall** 8:*19, 21*
**receive** 2:*20* 7:*20,*
*21* 12:*1*
**received** 7:*4, 9, 23*
8:*1*
**receiving** 8:*8, 11*
**record** 2:*17*
**RECORDED** 1:*14*
**recording** 15:*12*
**reduced** 12:*6*
**refile** 4:*10*
**Reflections** 8:*7*
10:*5*
**refunds** 2:*24*
**relative** 15:*13, 15*
**remaining** 6:*10, 11*
**rent** 10:*12*
**report** 5:*1*
**Reporter** 15:*6*
**required** 3:*23*
**residence** 3:*4*
**returns** 3:*22*
**right** 2:*10, 11, 19*
3:*25* 6:*4, 16* 11:*3*
12:*10, 20* 13:*20*
14:*11*
**ring** 9:*1*
**RIVERSIDE** 1:*2*
**running** 12:*11*

**< S >**
**sale** 7:*21*

**saw** 13:*20*
**says** 4:*16, 25* 5:*22*
**scanned** 3:*25*
**Schedule** 4:*2*
**second** 13:*19*
**secured** 5:*13* 6:*11*
**see** 3:*25* 4:*16* 6:*14*
**sell** 9:*13, 16*
**Service** 8:*4*
**services** 12:*2*
**set** 4:*20*
**shares** 9:*7, 9, 12, 17*
13:*7*
**share-type** 9:*15*
**short** 12:*11*
**Shorthand** 15:*5*
**sign** 3:*6*
**signatory** 10:*18, 21*
11:*8, 10*
**sir** 7:*11, 15* 9:*5*
**skill** 15:*12*
**small** 10:*12*
**SOFA** 4:*25* 5:*6*
**sold** 9:*3*
**Sorry** 2:*2* 6:*19*
9:*21, 25* 13:*2*

**SORSANAVONGSA**
2:*7* 5:*13* 6:*21, 24*
7:*2, 8, 12, 14, 16, 20,*
*25* 8:*6, 11, 15, 22*
9:*3, 6, 11, 17, 20*
10:*1, 4, 14, 18, 22,*
*24* 11:*3, 8, 12, 17,*
*21* 12:*1, 10, 14, 19,*
*22*
**spend** 10:*25*
**spent** 7:*4, 7, 10*
**ss** 15:*1*
**stands** 8:*22*
**start** 5:*20*
**started** 13:*21*
**state** 2:*2, 6, 16*
9:*20* 15:*1, 6*
**STATES** 1:*1*
**stop** 8:*11* 13:*1*
**struggling** 8:*14*
**stuff** 13:*15*

**subject** 15:*11*
**subscribed** 15:*18*
**support** 3:*20*
**sure** 6:*4* 10:*3*
13:*5, 14*

**< T >**
**talk** 4:*14*
**tax** 2:*24* 3:*22*
**Team** 8:*5*
**tell** 7:*4* 8:*2* 10:*6*
**testimony** 2:*13*
**TFS** 13:*20*
**thank** 2:*4, 9, 16, 19*
4:*1, 12* 6:*24* 7:*2*
10:*1* 11:*12* 12:*14*
13:*4* 14:*13*
**time** 9:*7, 9, 11, 14,*
*15, 17* 10:*2* 12:*11*
13:*7*
**today** 4:*7* 8:*22*
9:*16* 13:*23* 14:*2*
**trail** 7:*12*
**Transcribed** 1:*24*
**TRANSCRIPT** 1:*14*
**transcription** 15:*10*
**true** 3:*11* 15:*10*
**TRUSTEE** 2:*1, 4, 9,*
*16, 19* 3:*3, 6, 8, 11,*
*13, 15, 17, 19, 22, 25*
4:*6, 9, 11, 23, 25*
5:*5, 9, 19* 6:*3, 8, 13,*
*19, 23* 7:*1* 9:*21, 22*
10:*3* 11:*25* 12:*9,*
*12, 25* 13:*5, 17*
14:*1, 5, 13*
**truth** 2:*13, 14*
**try** 9:*15*
**trying** 9:*13*
**two** 9:*4, 7, 8, 24*

**< U >**
**Uhm** 12:*9*
**Um** 9:*13* 12:*20*
**Umm** 6:*7*
**unenforceable** 6:*2*
**UNITED** 1:*1*
**unsecured** 5:*11*

Donald Meinberg (2023-05-17)

6:15
**updated**  13:*18*
**Usually**  13:*2*

**< V >**
**value**  9:*11, 16*
**vehicles**  2:*25*  3:*2*
**Venture**  5:*17, 18,*
*22*  14:*7*
**verify**  5:*6*  13:*11*
**verifying**  5:*2*
**Voncha**  2:*8*

**< W >**
**W2**  2:*21*
**wait**  5:*10*
**want**  5:*6*  9:*21*
**watch**  9:*1*
**wear**  9:*2*
**wedding**  9:*1*
**Wednesday**  1:*15*
**week**  9:*19*  13:*22*
**Well**  5:*5, 21*  6:*9*
*9:1*  12:*3*
**whatsoever**  10:*11*
**WHEREOF**  15:*18*
**wife**  8:*25*  9:*3*
**wife's**  4:*22*  9:*6*
**WITNESS**  2:*15, 18*
*3:1, 5, 7, 10, 12, 14,*
*16, 18, 21, 24*  7:*6,*
*11, 13, 15, 18, 23*
*8:4, 10, 13, 19, 24*
*9:5, 10, 13, 19*  10:*8,*
*17, 20, 23, 25*  11:*6,*
*10, 16, 18, 24*  12:*3,*
*18, 20, 23*  15:*18*
**work**  13:*21, 23, 24*
**worth**  8:*16, 17*

**< Y >**
**yeah**  4:*8, 9, 10, 11*
*5:8*  6:*17*  9:*22*
*11:6*  12:*12, 21*
*13:9, 16*
**year**  4:*22*  7:*6, 9*
*12:18*
**years**  6:*12*  9:*4*

**< Z >**
**zero**  8:*25*

# EXHIBIT "B"

**[NOT FOR WAGE GARNISHMENT]**
**RETURN TO LEVYING OFFICER. DO NOT FILE WITH COURT**                                    EJ-160

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Donald W. and Linda K. Meinberg<br>15310 Corsica Ave<br>Riverside, CA 92506<br><br>TELEPHONE NO.: 951-522-1749   FAX NO.:<br>E-MAIL ADDRESS: dlarm777@hotmail.com<br>ATTORNEY FOR (Name): | Riverside County Sheriff's Office<br>4095 Lemon St., 4th Floor<br>Riverside, CA 92501<br><br>(951) 955-2420<br>(951) 955-6155 |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles | |
|---|---|
| STREET ADDRESS: 111 N. Hill St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Los Angeles Superior Court | California Relay Service Number<br>(800) 735-2929 TDD or 711 |

| PLAINTIFF/PETITIONER: NC Venture I, L.P., A Delaware Limited Partnership, etc. | COURT CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TFI Acquisition, Inc., A California Corporation, et al. | BC268365 |

| CLAIM OF EXEMPTION<br>(Enforcement of Judgment) | LEVYING OFFICER FILE NUMBER:<br>2021103310 |
|---|---|

*Copy all the information required above (except the top left space) from the Notice of Levy. The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*

**DO NOT FILE WITH THE COURT.**

FOR COURT USE ONLY

1. My name is: Donald W. Meinberg
2. Papers should be sent to:
   ☒ me.
   ☐ my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address   ☐ shown above   ☐ following (specify):

3. ☐ I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor is (specify):

4. ☐ The property I claim to be exempt is (describe): See attached sheet

5. The property is claimed to be exempt under the following code and section (specify): See attached sheet

6. The facts which support this claim are (describe): See attached sheet

7. ☐ The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. A Financial Statement form is attached to this claim.

8. ☐ The property claimed to be exempt is See attached sheet
   a. ☐ a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. ☐ tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. ☐ all other property of the same type owned by the judgment debtor, either alone or in combination with others, is (describe):

9. ☐ The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is (describe):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Donald W. Meinberg
(TYPE OR PRINT NAME)                                       ▶ Donald W. Meinberg
                                                               (SIGNATURE)

Form Approved by the<br>Judicial Council of California<br>EJ-160 [Rev. January 1, 2009]

CLAIM OF EXEMPTION<br>(Enforcement of Judgment)

Code of Civil Procedure, §703.520<br>www.courts.ca.gov<br>841640

WG-007/EJ-165

| SHORT TITLE: NC Venture I, L.P., A Delaware Limited Partnership, etc. vs TFI Acquisition, Inc., A California Corporation, et al. | LEVYING OFFICER FILE NO.: 2021103310 | COURT CASE NO.: BC268365 |
|---|---|---|

### FINANCIAL STATEMENT
(Wage Garnishment - Enforcement of Judgment)

**NOTE:** If you are married, this form must be signed by your spouse unless you and your spouse are living separate and apart. If this form is not signed by your spouse, check the applicable box on the reverse in item 9.

1. The following persons other than myself depend, in whole or in part, on me or my spouse for support.

| | NAME | AGE | RELATIONSHIP TO ME | MONTHLY TAKE-HOME INCOME & SOURCE |
|---|---|---|---|---|
| a. | | | Spouse | |
| b. | *N/A* | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |

2. My monthly income
   a. My gross monthly pay is: _Salary + Car allowance_ ............ 2a. $ _3730.00_
   b. My payroll deductions are (specify purpose and amount):
      (1) Federal and state withholding, FICA, and SDI . . . . . . $ _350.12_
      (2) _Medicare_ ...................................... $ _54.12_
      (3) _Social Security_ ............................... $ _231.46_
      (4) _Disability_ ................................... $ _44.80_
      My TOTAL payroll deduction amount is (add (1) through (4)): ............... b. $ _680.50_
   c. My monthly take-home pay is (a minus b): ............................ c. $ _3049.50_
   d. Other money I get each month from (specify source): _Reflections Christian Fellowship (net)_ is ............ d. $ _1332.00_

   | e. TOTAL MONTHLY INCOME (c plus d) | e. $ _4381.50_ |

3. I, my spouse, and my other dependents own the following property:
   a. Cash ....................................................................... 3a. $ _500.00_
   b. Checking, savings, and credit union accounts (list banks):
      (1) _Checking account_ _____ $ _see attached sheet_
      (2) _____ $ _____
      (3) _____ $ _____   b. $ _—_
   c. Cars, other vehicles, and boat equity (list make, year of each):
      (1) _____ $ _See attached sheet_
      (2) _N/A_ _____ $ _____
      (3) _____ $ _____   c. $ _—_
   d. Real estate equity ...... _see attached sheet_ ..................... d. $ _▷_
   e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.) (list separately):
      _Jewelry - see attached sheet_
      _Furs, stocks, bonds - N/A_   e. $ _—_

Page 1 of 2

Form Adopted by the
Judicial Council of California
WG-007/EJ-165 [Rev. JANUARY 1, 2007]

FINANCIAL STATEMENT
(Wage Garnishment - Enforcement of Judgment)

Code of Civil Procedure, §§ 706.124, 703.530
www.courts.ca.gov

841640

From:RSO Court Services West        9519586155        10/29/2021 14:01   #181 P.005/005

## Exemptions From the Enforcement of Judgments

- Automobiles: CCP 704.010. Allowed one vehicle in household. Both vehicles are valued below the exemption allowed ($3,325.00)

- Deposit Accounts: CCP 704.220  Household has only one checking account and the running 3 month average of dollars in the account is below the exemption allowed ($1788.00)

- Homestead: CCP 704.720, 704.730, 704.800. Household has a signed, sealed and notarized homestead exemption dated 6/2001 (amounts revised and updated January 2021 (AB1885)

- Home: CCP 704.740.  Personal dwelling residence. Equity value varies and unknown.

- Jewelry: CCP 704.040. The value of any jewelry owned by Don & Linda Meinberg is below the exemption allowed ($8725.00)

# EXHIBIT "C"

| Fill in this information to identify your case: | |
|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Donald** | **Meinberg** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **6:23-bk-11360-WJ**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information
   Debtor 2.                          for each dependent..............

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include**        ☑ No
   **expenses of people other than**   ☐ Yes
   **yourself and your dependents?**

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $1,288.18 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $450.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $120.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $250.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Donald** | | **Meinberg** | Case number *(if known)* 6:23-bk-11360-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $383.72 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $200.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $160.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $200.00 |
| | 6d. Other. Specify: | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $850.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $150.00 |
| 10. | **Personal care products and services** | 10. | $80.00 |
| 11. | **Medical and dental expenses** | 11. | $150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $100.00 |
| | 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: | 17c. | $0.00 |
| | 17d. Other. Specify: | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Linda K Meinberg** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,600.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 483.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1  **Linda K Meinberg** _____   Case number (if known) _____

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 150.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 75.00 |
| 10. | **Personal care products and services** | | 10. $ | 75.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 40.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 550.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 100.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Pet expenses** | | 21. +$ | 50.00 |
| | **Tax preparation** | | +$ | 21.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 4,844.00 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 4,844.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,385.45 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 4,844.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -458.55 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.   Explain here: _____

| Debtor 1 | **Donald** | | **Meinberg** | Case number *(if known)* 6:23-bk-11360-WJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____        21.  **+** _____ $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.        22a. _____ $5,181.90

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b. _____ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.        22c. _____ $5,181.90

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*        23a. _____ $5,317.26

    23b. Copy your monthly expenses from line 22c above.        23b.  **–** _____ $5,181.90

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*        23c. _____ $135.36

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.    None

☐ Yes.