**FILED & ENTERED**

**FEB 07 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No.: 6:23-bk-11360-WJ |
|---|---|
| DONALD MEINBERG, | CHAPTER 13 |
| Debtor. | **ORDER** |

1	On September 18, 2023, the Court held a hearing regarding the motion of Premier Capital, LLC, to dismiss this chapter 13 case [docket #32].  The debtor filed opposition to the motion [docket #36] and the moving party filed a reply brief [docket #38].  For the reasons discussed on the record, the Court entered an order on September 19, 2023 [docket #46] dismissing this case with a bar to re-filing until December 31, 2023.  That order set a further hearing for December 20, 2023 to consider extending the bar to re-filing further.

The Court held the hearing on December 20, 2023 and, for the reasons stated, entered an order on December 20, 2023 which extended the bar to re-filing to February 16, 2024.  See Docket #63.  The Court also continued the matter to February 7, 2024.

Earlier today, the Court conducted that continued hearing and, for the reasons stated on the record, the Court hereby ORDERS:

1.	The matter is deemed resolved.  The Court will not extend the bar to re-filing further.

IT IS SO ORDERED.

###

Date: February 7, 2024

Wayne Johnson
United States Bankruptcy Judge