# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

---

**Wednesday, February 7, 2024**                                    **Hearing Room    304**

---

**3:00 PM**
**6:23-11360    Donald Meinberg**                                    **Chapter 13**

#28.00    Hrg re motion to dismiss chapter 13 case on the grounds that it was filed in bad
faith

FROM: 9-6-23, 9-18-23, 12-20-23

Docket        32

**Matter Notes:**

PRESENT:    B. HESTON

M. STROM

— RESOLVED —

( )    Motion granted.

( )    Motion denied.

( )    Fees And Costs Approved Pursuant To The Posted Ruling.

( )    Vacated.  Matter is moot due to dismissal or conversion of case.

( )    Continued to _____.

( )    Motion withdrawn.

( )    Prevailing party shall prepare an order.

( )    Chambers shall prepare an order.

---

# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

**Wednesday, February 7, 2024**                                    **Hearing Room    304**

<u>3:00 PM</u>
**CONT...    Donald Meinberg**                                        **Chapter 13**

**Tentative Ruling:**

| Party Information |
|---|

**<u>Debtor(s):</u>**

    Donald  Meinberg                          Represented By
                                        Benjamin  Heston

**<u>Trustee(s):</u>**

    Rod  Danielson (TR)                        Pro Se